UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|                        |     |                              |
|------------------------|-----|------------------------------|
| EHO360, LLC,           | )   |                              |
|                        | )   |                              |
| Plaintiff,             | )   |                              |
|                        | )   |                              |
| v.                     | )   | Civil Action No. 3:21-cv-00724-B |
|                        | )   |                              |
| NICHOLAS OPALICH,      | )   |                              |
|                        | )   |                              |
| Defendant.             | )   |                              |
|                        | )   |                              |
|                        | )   |                              |
|                        | )   |                              |
|                        | )   |                              |

## APPENDIX TO PLAINTIFF EHO360, LLC'S MOTION FOR ATTORNEYS' FEES AND COSTS AND SUPPORTING BRIEF

Pursuant to Local Rule 7.1, Plaintiff EHO360, LLC ("EHO") files this Appendix to Plaintiff EHO360, LLC's Motion for Attorneys' Fees and Costs and Supporting Brief, which contains the following:

| Exhibit | Description | Page Numbers |
|---------|-------------|--------------|
| A | Declaration of Lucas C. Wohlford | APPX 001-007 |
| A-1 | Duane Morris, LLP Invoices to Plaintiff EHO360,LLC from April 2021-April 2023 (Redacted) | APPX 008-180 |
| B | Declaration of Randy D. Gordon | APPX 181-184 |

Dated: April 18, 2023     Respectfully submitted,

By:  */s/ Lucas C. Wohlford*
    Lucas C. Wohlford (TX Bar # 24070871)
    Spencer R. Lockwood (TX Bar # 24132249)
    DUANE MORRIS LLP
    100 Crescent Court, Suite 1200
    Dallas, TX 75201
    Telephone: (214) 257-7214
    Fax: (214) 853-5271
    Email: LWohlford@duanemorris.com
      SLockwood@duanemorris.com

    Corey M. Weideman (TX Bar # 24056505)
    DUANE MORRIS LLP
    1330 Post Oak Blvd., Suite 800
    Houston, TX 77056
    Telephone: (713) 402-3904
    Fax: (713) 583-0940
    Email: CMWeideman@duanemorris.com

    **ATTORNEYS FOR PLAINTIFF EHO360, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 18, 2023, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF system, which will provide electronic service of the foregoing to all counsel of record who have appeared in the case.

    */s/ Lucas C. Wohlford*
    Lucas C. Wohlford

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EHO360, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-00724-B |
| | ) | |
| NICHOLAS OPALICH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF LUCAS C. WOHLFORD

1.     My name is Lucas C. Wohlford.  I am over twenty-one (21) years of age, of sound mind, and capable of making this Declaration.  Unless otherwise indicated, the facts stated in this Declaration are within my personal knowledge.  I declare under penalty of perjury that the following statements are true and correct.

2.     I am a partner at the law firm of Duane Morris LLP in Dallas, Texas.  I have been licensed to practice law in the State of Texas since November 2009, and have been a member in good standing with the State Bar of Texas since that time.

3.     After graduating law school in 2009, I served a two-year clerkship for the Honorable Deanell Reece Tacha (ret.), who was then serving as a Circuit Judge on the United States Court of Appeals for the Tenth Circuit.  Since completing my clerkship in 2011, I have been continuously engaged in the private practice of law, and my practice has been focused on the representation of corporate and individual clients in complex commercial litigation matters.

APPX002

4. I have served as lead counsel for Plaintiff EHO360, LLC ("EHO") in the above-captioned lawsuit since March 2021, and I am familiar with all work performed by EHO's counsel in this case. In addition, in preparing this Declaration, I reviewed all invoices submitted by Duane Morris to EHO in this matter, true and correct copies of which are attached hereto as Exhibit A-1 (the "Duane Morris Invoices"), with minimal redactions to protect sensitive and/or privileged information.

5. From the outset of this case, I have endeavored to complete all legal work in this case myself to avoid unnecessary duplication of work. As reflected in the Duane Morris Invoices, I performed 1,096.1 hours of work on this matter from March 2021 through March 2023, at hourly rates ranging from $540-$625. My average hourly rate for work on this matter is $581.53.

6. Although I consistently endeavored to complete all legal work in this case myself, at times it has been necessary for other attorneys in my firm to assist in the representation of EHO in this case. The following Duane Morris attorneys have also performed work on this matter.

7. Corey M. Weideman is a partner in Duane Morris' Houston office. Mr. Weideman has been licensed to practice law in the State of Texas since 2006, and his practice focuses on complex commercial litigation, intellectual property litigation, and employment litigation. As reflected in the Duane Morris Invoices, Mr. Weideman performed 162.6 hours of work on this matter from March 2021 through March 2023, at hourly rates ranging from $745-$855. Mr. Weideman's average hourly rate for work on this matter is $791.68.

8. Spencer R. Lockwood is an associate in Duane Morris' Dallas office. Mr. Lockwood has been licensed to practice law in the State of Texas since 2022, and his practice focuses on complex commercial litigation. As reflected in the Duane Morris Invoices, Mr. Lockwood performed 132.8 hours of work on this matter from September 2022 through March

2023, at hourly rates ranging from $415-$465. Mr. Lockwood's average hourly rate for work on this matter is $461.57.

9.      Patrick Arnold was formerly an associate in Duane Morris' Dallas office. Mr. Arnold has been licensed to practice law in the State of Texas since 2018, and while at Duane Morris, his practice focused on complex commercial litigation. As reflected in the Duane Morris invoices, Mr. Arnold performed 19.6 hours of work on this matter in 2021, at an hourly rate of $435. Mr. Arnold's average hourly rate for work on this matter is $435.

10.      James L. Beausoleil is a partner in Duane Morris' Philadelphia office. Mr. Beausoleil has been licensed to practice law in the State of New Jersey since 1994 and in the State of Pennsylvania since 1995. Mr. Beausoleil's practice focuses on complex commercial litigation. As reflected in the Duane Morris invoices, Mr. Beausoleil performed 13.3 hours of work on this matter in March 2021, at an hourly rate of $940. Mr. Beausoleil's average hourly rate for work on this matter is $940.

11.      Jamie R. Welton is a partner in Duane Morris' Dallas office. Mr. Welton has been licensed to practice law in the State of Texas since 1999, and his practice focuses on complex commercial litigation. As reflected in the Duane Morris invoices, Mr. Welton performed 10.6 hours of work on this matter in 2022 and 2023, at hourly rates ranging from $800-$860. Mr. Welton's average hourly rate for work on this matter is $850.94.

12.      Kristin Burns is an associate in Duane Morris' Dallas office. Ms. Burns has been licensed to practice law in the State of Texas since 2017, and her practice focuses on complex commercial litigation. As reflected in the Duane Morris invoices, Ms. Burns performed 8.1 hours of work on this matter in 2022 at an hourly rate of $485. Ms. Burns' average hourly rate for work on this matter is $485.

13.     The work performed by Duane Morris attorneys in this matter included: (i) extensive investigation of EHO's claims and preparation of EHO's Complaint; (ii) preparing a Motion for Preliminary Injunction and responses to Opalich's and other defendants' Motion to Dismiss; (iii) preparing Motions to Dismiss Opalich's and his prior co-defendant, Tammy Radcliff's, counterclaims; (iv) preparing objections and responses to 121 requests for production, 3 requests for admission, and 18 interrogatories; (v) reviewing, analyzing, and producing more than 14,000 pages of EHO's relevant documents and information; (vi) preparing written discovery to Opalich and Radcliff; (vii) preparing a Motion to Compel and Request for Discovery Sanctions against Opalich and Radcliff, as well as briefing associated with Opalich and Radcliff's objections to Magistrate Judge Horan's order on EHO's Motion to Compel; (viii) reviewing more than 17,000 pages of documents produced by Opalich and more than 16,000 pages of documents produced by Radcliff; (ix) taking depositions of Opalich and Radcliff; (x) taking depositions of two third-parties; (xi) defending depositions of five (5) EHO employees; (xii) preparing a Motion for Protective Order to prevent the deposition of EHO's general counsel; (xiii) preparing a nearly 50-page response to Opalich and Radcliff's Motion for Summary Judgment and a nearly 1,200 page appendix in opposition to Opalich and Radcliff's Motion for Summary Judgment; (xiv) mediation; (xv) extensive trial preparation; and (xvi) trial.

14.     Based on my experience, it is my opinion that the services rendered and time spent by Duane Morris attorneys in this action were reasonable and necessary for the prosecution of EHO's claims, and that the amount of fees requested by EHO—i.e. $814,631.50—is usual and customary in Dallas, Texas for breach of contract claims of the type EHO asserted against Opalich in this action.

15.     It is also my opinion that, with the exception of work performed by EHO's counsel to defend against Opalich's and Radcliff's counterclaims, all of the work performed by EHO's counsel in this action advanced both EHO's breach of contract claims against Opalich, which are the basis for EHO's fee request, and EHO's other claims against Opalich and the other defendants in this action. As reflected in EHO's pleadings, all of EHO's claims against Opalich and the other defendants in this action arise from and relate to Opalich's misuse of EHO's confidential information, making it impossible to segregate time EHO's counsel spent pursuing its breach of contract claims against Opalich from the time EHO's counsel spent pursuing its other claims in this action.

16.     Based on my review of the Duane Morris Invoices, EHO incurred $31,788.00 in attorneys' fees defending against Opalich and Radcliff's counterclaims, and EHO is not seeking to recover these fees. Further, EHO has already recovered the $15,000.00 discovery sanction imposed by the Court to reimburse EHO for the fees it incurred in pursuing its Motion to Compel, and EHO has also reduced its fee request by that amount.

17.     In the event of an appeal to the United States Court of Appeals for the Fifth Circuit, it is my opinion that a fee of $75,000.00 would be reasonable and necessary to handle that appeal. In the event of a Petition for Writ of Certiorari to the United States Supreme Court, it is my opinion that an additional fee of $25,000.00 would be reasonable and necessary to handle that additional work.

18.     Based on the foregoing, and on the factors set forth in *Arthur Anderson & Co. v Perry Equipment Corp.*, 945 S.W.2d 812, 818 (Tex. 1997), it is my opinion that the attorneys' fees EHO is requesting are usual and customary for a case like this, and reasonable and necessary for the services rendered. Further, based on my experience, the rates charged by EHO's attorneys are

consistent with prevailing rates charged by similarly situated attorneys in litigation matters of this type in Dallas, Texas.

19.    In addition to attorneys' fees, EHO also incurred taxable costs in prosecuting this action in the total amount of $25,982.13.  As reflected in the Duane Morris Invoices, such costs include: (i) $402.00 in filing fees; (ii) $13,645.80 in deposition costs; and (iii) $11,934.33 in printing and copying costs associated with the preparation of EHO's trial exhibit binders.  In my opinion, these costs were reasonable and necessary for the prosecution of EHO's claims in this action.

20.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on April 17, 2023.

Lucas C. Wohlford

# EXHIBIT A-1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

April 08, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001        INVOICE# 2764171

CURRENT INVOICE                                    $52,112.32

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

April 08, 2021


EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513


TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2764171

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                     $51,951.00


DISBURSEMENTS
MESSENGER SERVICE                        $145.00
PACER FEDERAL DOCKET COSTS                 $2.40
POSTAGE                                   $13.92
TOTAL DISBURSEMENTS                                      $161.32

BALANCE DUE THIS INVOICE                              $52,112.32

TOTAL BALANCE DUE                                    $52,112.32

APPX010

File # H4091-00001
TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2764171

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/3/2021 | 01896 | JL BEAUSOLEIL | CALL WITH CLIENT; REVIEW MATERIALS; CALLS WITH L. WOHLFORD AND C. WEIDEMAN. | 1.00 | $940.00 |
| 3/9/2021 | 01896 | JL BEAUSOLEIL | CALLS WITH CLIENTS AND WITH L. WOHLFORD RE: INFORMATION LEARNED TO DATE; ANALYSIS OF COMPUTERS; NEXT STEPS AND STRATEGY. | 1.30 | $1,222.00 |
| 3/9/2021 | 01896 | JL BEAUSOLEIL | REVIEW T. RADCLIFF EMPLOYMENT AGREEMENT; FOLLOW UP WITH VENDOR AND COUNSEL RE: LAPTOP; REVIEW AND REVISE DRAFT NOTICE TO PRESERVE; CALL WITH C. WEIDEMAND AND L. WOHLFORD RE: STRATEGY AND NEXT STEPS; CALL WITH D. MCKENNA; REVIEW EMAILS RECOVERED FROM SERVER; REVIEW AND ANALYSIS OF CONTRACTS WITH CREVICE, RADCLIFF AND OPALICH. | 1.50 | $1,410.00 |
| 3/10/2021 | 01896 | JL BEAUSOLEIL | CALL WITH VENDOR RE: COMPUTER; CALL WITH L. WOHLFORD RE: RADCLIFF'S LAWYER AND RESPONSE; DISCUSS LETTERS AND NEXT STEPS. | 1.00 | $940.00 |
| 3/11/2021 | 01896 | JL BEAUSOLEIL | REVIEW AND REVISE DRAFT CEASE AND DESIST LETTERS; CALLS WITH L. WOHLFORD. | 1.30 | $1,222.00 |
| 3/12/2021 | 01896 | JL BEAUSOLEIL | STRATEGY CALL WITH TRIAL TEAM AND CLIENT. | 0.70 | $658.00 |
| 3/22/2021 | 01896 | JL BEAUSOLEIL | CALL WITH L. WOHLFORD RE: DRAFT COMPLAINT; OUTLINE POTENTIAL CAUSES OF ACTION. | 1.80 | $1,692.00 |
| 3/24/2021 | 01896 | JL BEAUSOLEIL | DRAFT AND REVISE COMPLAINT; CALLS WITH L. WOHLFORD RE: SAME. | 2.20 | $2,068.00 |
| 3/26/2021 | 01896 | JL BEAUSOLEIL | CALL WITH L. WOHLFORD RE: DRAFT COMPLAINT. | 1.00 | $940.00 |
| 3/29/2021 | 01896 | JL BEAUSOLEIL | REVIEW AND EDIT FINAL DRAFT OF COMPLAINT; CALL WITH CLIENT RE: SAME. | 1.50 | $1,410.00 |
| | | | Subtotal: | 13.30 | $12,502.00 |
| 3/3/2021 | 06658 | CM WEIDEMAN | EXCHANGE CORRESPONDENCE WITH J. BEAUSOLEIL AND L. WOHLFORD REGARDING SAME; ATTEND STRATEGY CONFERENCE CALL REGARDING ADDITIONAL CASE FACTS AND DEMAND STRATEGIES. | 1.00 | $745.00 |
| 3/4/2021 | 06658 | CM WEIDEMAN | ATTENTION TO ADDITIONAL CLIENT DOCUMENT TRANSFERS; CONFER WITH L. WOHLFORD REGARDING DEMAND | 0.80 | $596.00 |

File # H4091-00001                                           INVOICE# 2764171
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | LETTER STRATEGIES. | | |
| 3/8/2021 06658 CM WEIDEMAN | TRIAL TEAM DISCUSSIONS REGARDING T. RADCLIFF RESPONSE CORRESPONDENCE; REVIEW PREVIOUS UPDATE CORRESPONDENCE. | 0.60 | $447.00 |
| 3/9/2021 06658 CM WEIDEMAN | TEAM STRATEGY CALL REGARDING NEXT STEPS/ACTION ITEMS; PREPARE NOTES TO FILE REGARDING SAME; ATTENTION TO DRAFT COMMUNICATIONS TO EHO CLIENTS; RECEIVE AND REVIEW ADDITIONAL CLIENT/HOT DOCUMENTS RELATED TO DEFENDANTS' ACTIONS. | 1.60 | $1,192.00 |
| 3/26/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW UPDATES RELATED TO CURRENT DRAFT COMPLAINT; ANALYZE UPDATE CORRESPONDENCE RE: INVESTIGATION SURROUNDING FORMER EMPLOYEE T. RADCLIFF'S LAPTOP; PREPARE FOLLOW-UP QUESTIONS AND NOTES REGARDING SAME; BEGIN REVIEW OF PORTIONS OF DRAFT COMPLAINT; PREPARE NOTES REGARDING PROPOSED REVISIONS TO SAME. | 0.90 | $670.50 |
| 3/29/2021 06658 CM WEIDEMAN | RECEIVE AND ANALYZE UPDATE DRAFT OF EHO'S COMPLAINT; PREPARE NOTES REGARDING PROPOSED REVISIONS AND EDITS TO SAME; PREPARE FOR AND ATTEND TRIAL TEAM STRATEGY CALL WITH EHO; ADDITIONAL STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING REVISIONS PRIOR TO FILING; FORWARD NOTES REGARDING DRAFT APPLICATION FOR PRELIMINARY INJUNCTION AND DRAFT MOTION FOR EXPEDITED DISCOVERY. | 1.30 | $968.50 |
| | Subtotal: | 6.20 | $4,619.00 |
| 3/3/2021 09799 LC WOHLFORD | CALL WITH EHO REPRESENTATIVES REGARDING FACTUAL BACKGROUND FOR CLAIMS AGAINST FORMER CEO AND CURRENT EMPLOYEE AND FOLLOW UP CALL WITH MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING SAME. | 1.40 | $756.00 |
| 3/4/2021 09799 LC WOHLFORD | REVIEW RELEVANT CONTRACTS AND OTHER DOCUMENTS FOR POTENTIAL TRADE SECRET/INJUNCTION ACTION | 1.70 | $918.00 |

File # H4091-00001                                   INVOICE# 2764171
     TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | AGAINST FORMER CEO AND EMPLOYEE. | | |
| 3/5/2021 09799 LC WOHLFORD | CONTINUE REVIEW OF RELEVANT CONTRACTS, EMAILS, AND OTHER DOCUMENTS FOR POTENTIAL LAWSUIT AGAINST OPALICH, RADCLIFF, AND CREVICE CAPITAL AND CORRESPONDENCE AND CALLS WITH MR. BEAUSOLEIL REGARDING SAME; DRAFT NOTICE OF TERMINATION OF RADCLIFF EMPLOYMENT AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME AND REGARDING ADDITIONAL DOCUMENTS RELEVANT TO POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE CAPITAL. | 6.80 | $3,672.00 |
| 3/7/2021 09799 LC WOHLFORD | REVIEW AND ANALYZE ADDITIONAL DOCUMENTS PROVIDED BY MS. MCKENNA RELATED TO POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE CAPITAL. | 1.60 | $864.00 |
| 3/8/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING MARC SWEENEY INQUIRING ABOUT RADCLIFF TERMINATION; REVIEW MARC SWEENEY/PROFERO MSA WITH EHO, CALL WITH MARC SWEENEY, AND FOLLOW UP CALLS WITH MS. MCKENNA AND MR. SPRINGSTON REGARDING SAME; CALL AND EMAIL TO RADCLIFF REGARDING RETURN OF EHO COMPUTER AND OTHER EHO PROPERTY; REVIEW CORRESPONDENCE FROM RADCLIFF'S ATTORNEY AND VARIOUS EMAILS WITH EHO AND MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING SAME; FURTHER ANALYSIS OF POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE CAPTIAL AND STRATEGY FOR PURSUING SAME. | 4.10 | $2,214.00 |
| 3/9/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA, MR. LEUDKA, MR. SPRINGSTON, MR. WEIDEMAN, AND MR. BEAUSOLEIL REGARDING STRATEGY FOR PURSUING POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE CAPITAL; REVIEW DRAFT CORRESPONDENCE TO CLIENTS REGARDING TERMINATION OF OPALICH AND RADCLIFF; REVIEW ADDITIONAL EMAILS PROVIDED BY MS. | 5.20 | $2,808.00 |

File # H4091-00001
TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2764171

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------------------|--|-------|-------|
| | | MCKENNA RELATED TO POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE; CALL WITH MARC SWEENEY AND EMAIL CORRESPONDENCE WITH MS. MCKENNA, MR. WEIDEMAN, AND MR. BEAUSOLEIL REGARDING SAME; EMAILS WITH RADCLIFF ATTORNEY AND CALL WITH MS. MCKENNA REGARDING SAME; WORK ON CEASE AND DESIST AND PRESERVATION LETTERS TO OPALICH, RADCLIFF, CREVICE, AND HEALTHVIEW CAPITAL PARTNERS. | | |
| 3/10/2021 09799 LC WOHLFORD | | CONTINUE WORK ON CEASE AND DESIST AND DOCUMENT PRESERVATION LETTERS TO OPALICH, RADCLIFF, CREVICE, AND HEALTHVIEW; CALL WITH RADCLIFF'S COUNSEL REGARDING RETURN OF COMPANY COMPUTER AND RADCLIFF'S KNOWLEDGE OF AND INTENT TO ADHERE TO RESTRICTIVE COVENANTS AND FOLLOW UP CALL WITH MR. BEAUSOLEIL REGARDING SAME; EMAILS AND CALLS WITH VENDORS TO RETRIEVE RADCLIFF'S COMPANY COMPUTER; EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING CEASE AND DESIST AND DOCUMENT PRESERVATION LETTERS. | 6.30 | $3,402.00 |
| 3/11/2021 09799 LC WOHLFORD | | EMAIL CORRESPONDENCE WITH RELIABLE REGARDING RETRIEVAL OF RADCLIFF COMPUTER; REVISE RADCLIFF CEASE AND DESIST; DRAFT HEALTHVIEW CAPITAL PARTNERS DOCUMENT PRESERVATION LETTER; CALL AND EMAIL CORRESPONDENCE WITH RADCLIFF'S ATTORNEY REGARDING RETRIEVAL OF COMPUTER; EMAIL CEASE AND DESIST AND DOCUMENT PRESERVATION NOTICES TO OPALICH, RADCLIFF, CREVICE, AND HEALTHVIEW; CALL WITH OPALICH REGARDING CEASE AND DESIST AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING SAME. | 3.90 | $2,106.00 |
| 3/12/2021 09799 LC WOHLFORD | | REVIEW EMAIL CORRESPONDENCE | 2.30 | $1,242.00 |

File # H4091-00001                                          INVOICE# 2764171
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 3/16/2021 09799 LC WOHLFORD | FROM OPALICH IN RESPONSE TO CEASE AND DESIST LETTER; CALL WITH MS. MCKENNA, MR. SPRINGSTON, MR. WEIDEMAN, AND MR. BEAUSOLEIL REGARDING CEASE AND DESIST LETTERS AND STRATEGY FOR POTENTIAL CLAIMS AGAINST OPALICH, RADCLIFF, AND CREVICE; CALL WITH RADCLIFF'S COUNSEL REGARDING CEASE AND DESIST AND FOLLOW UP CALL WITH MS. MCKENNA REGARDING SAME AND MS. MCKENNA'S CALL WITH ANDY REEVES FROM ASCENDPBM. REVIEW EMAIL CORRESPONDENCE FROM CREVICE CAPITAL PARTNERS AND FOLLOW UP EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING SAME; CALL WITH RADCLIFF'S DALLAS COUNSEL AND FOLLOW UP EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING SAME; REVIEW EMAIL CORRESPONDENCE FROM CREVICE CAPITAL PARTNERS TO MR. LEUDKE AND FOLLOW UP CALL WITH MS. MCKENNA REGARDING SAME. | | 1.10 | $594.00 |
| 3/17/2021 09799 LC WOHLFORD | REVIEW EMAIL CORRESPONDENCE WITH CREVICE CAPITAL PARTNERS REGARDING MUTUAL NON-DISCLOSURE AGREEMENT OBLIGATIONS, REVIEW KEY PROVISIONS OF MUTUAL NON-DISCLOSURE AGREEMENT AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING SAME. | | 0.70 | $378.00 |
| 3/18/2021 09799 LC WOHLFORD | REVIEW LETTER FROM RADCLIFF'S DALLAS COUNSEL AND CALL WITH MR. BEAUSOLEIL REGARDING SAME; CALL WITH MS. MCKENNA, MR. SPRINGSTON, MR. LEUDKE, AND MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING LITIGATION STRATEGY AND FOLLOW UP CALL WITH MS. MCKENNA REGARDING SAME; CALL WITH MS. MCKENNA REGARDING OPALICH EMAILS AND EHO STRUCTURE IN PREPARATION FOR FILING LAWSUIT. | | 1.90 | $1,026.00 |

File # H4091-00001

INVOICE# 2764171

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/19/2021 | 09799 | LC WOHLFORD | REVIEW LETTER FROM COUNSEL FOR HOSPISRX, RESEARCH ENTITY FILINGS IN OHIO AND DELAWARE FOR HOSPISRX, AND EMAIL CORRESPONDENCE WITH MESSRS. BEAUSOLEIL, WEIDEMAN, AND MS. MCKENNA REGARDING SAME AND STRATEGY FOR LAWSUIT. | 0.60 | $324.00 |
| 3/22/2021 | 09799 | LC WOHLFORD | CALL WITH MR. BEAUSOLEIL REGARDING CLAIMS AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX; DRAFT PLAINTIFF'S ORIGINAL COMPLAINT AND RESEARCH RELATED TO SAME. | 6.60 | $3,564.00 |
| 3/23/2021 | 09799 | LC WOHLFORD | CONTINUE WORK ON PLAINTIFF'S ORIGINAL COMPLAINT AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX AND RESEARCH RELATED TO SAME. | 7.80 | $4,212.00 |
| 3/25/2021 | 09799 | LC WOHLFORD | FINISH INITIAL DRAFT OF PLAINTIFF'S ORIGINAL COMPLAINT AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX. | 5.40 | $2,916.00 |
| 3/26/2021 | 09799 | LC WOHLFORD | CALL WITH MR. BEAUSOLEIL REGARDING PLAINTIFF'S ORIGINAL COMPLAINT AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; CALL WITH MS. MCKENNA REGARDING VARIOUS ISSUES RELATED TO CLAIMS AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX. | 2.60 | $1,404.00 |
| 3/28/2021 | 09799 | LC WOHLFORD | REVIEW DOCUMENTS RELATED TO OPALICH'S FELONY CONVICTION FOR TAX FRAUD; REVISE DRAFT OF PLAINTIFF'S ORIGINAL COMPLAINT AGAINST OPALICH, RADCLIFF, CREVICE, HEALTHVIEW, AND HOSPISRX, AND EMAIL CORRESPONDENCE WITH MESSRS. BEAUSOLEIL AND WEIDEMAN AND MS. MCKENNA REGARDING SAME. | 1.80 | $972.00 |
| 3/29/2021 | 09799 | LC WOHLFORD | CALL WITH MS. MCKENNA AND MESSRS. LEUDKE, SPRINGSTON, BEAUSOLEIL, AND WEIDEMAN REGARDING PLAINTIFF'S ORIGINAL COMPLAINT AND STRATEGY FOR PURSUING INJUNCTIVE RELIEF; | 2.70 | $1,458.00 |

File # H4091-00001
    TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2764171

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | FINALIZE AND FILE PLAINTIFF'S ORIGINAL COMPLAINT; DRAFT PLAINTIFF'S STATEMENT OF INTERESTED PARTIES AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | | |
| | | | Subtotal: | 64.50 | $34,830.00 |
| | | | TOTAL SERVICES | 84.00 | $51,951.00 |

APPX017

File # H4091-00001           INVOICE# 2764171
       TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 03/31/2021 | POSTAGE | | 13.92 |
| | | Total: | $13.92 |
| 03/31/2021 | PACER FEDERAL DOCKET COSTS | | 2.40 |
| | | Total: | $2.40 |
| 03/31/2021 | MESSENGER SERVICE | | 145.00 |
| | | Total: | $145.00 |
| | | TOTAL DISBURSEMENTS | $161.32 |

File # H4091-00001
    TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2764171

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 01896 | JL BEAUSOLEIL | 13.30 | $12,502.00 |
| 06658 | CM WEIDEMAN | 6.20 | $4,619.00 |
| 09799 | LC WOHLFORD | 64.50 | $34,830.00 |
| | | 84.00 | $51,951.00 |

APPX019

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

May 10, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001      INVOICE# 2775619

CURRENT INVOICE                                    $39,254.00

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN

May 10, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2775619

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                        $38,852.00

DISBURSEMENTS
FILING FEES                                     $402.00
TOTAL DISBURSEMENTS                                        $402.00

BALANCE DUE THIS INVOICE                                  $39,254.00

TOTAL BALANCE DUE                                         $39,254.00

File # H4091-00001                                    INVOICE# 2775619
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 4/8/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW UPDATE RE: DEFENSE COUNSEL; STRATEGY DISCUSSIONS WITH TRIAL TEAM REGARDING SERVICE ON DEFENDANTS AND FILING OF MOTION FOR PRELIMINARY INJUNCTION. | | 0.60 | $447.00 |
| 4/13/2021 06658 CM WEIDEMAN | REVIEW WHOIS SEARCH RESULTS RE: ASCENDHOSPISRX AND HOSPISRX; PREPARE FOR AND ATTEND TEAM STRATEGY MEETING RE: CALL WITH DEFENSE COUNSEL AND POTENTIAL INJUNCTIVE RELIEF; REVIEW IRREPARABLE HARM AND DAMAGE RELATED MATERIALS FROM PREVIOUS FOR POTENTIAL USE IN DRAFT INJUNCTION BRIEF. | | 1.70 | $1,266.50 |
| 4/16/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW UPDATE RE: ASCEND PAYMENT ISSUES; STRATEGY DISCUSSIONS REGARDING SAME; REVIEW PORTIONS OF CURRENT DRAFT APPLICATION FOR PRELIMINARY INJUNCTION AND EXHIBITS IN SUPPORT OF SAME; PREPARE NOTES RE: PROPOSED REVISIONS AND COMMENTS TO L. WOHLFORD; ATTENTION TO ADDITIONAL CORRESPONDENCE REGARDING PROPOSED REVISIONS. | | 1.50 | $1,117.50 |
| 4/23/2021 06658 CM WEIDEMAN | ANALYZE RULE 11 RELATED LETTER IN ANTICIPATION OF MEET AND CONFER; ATTEND MEET AND CONFER DISCUSSION WITH OPPOSING COUNSEL FOR ALL NAMED DEFENDANTS; PREPARE NOTES REGARDING SAME; STRATEGY DISCUSSIONS WITH TRIAL TEAM REGARDING FOLLOW-UP ACTION ITEMS; ANALYSIS OF PREVIOUS NOTES AND MATERIALS PROVIDED BY D. MCKENNA; PREPARE ADDITIONAL NOTES REGARDING PROPOSED REVISIONS TO DRAFT INJUNCTION PAPERS; ATTENTION TO POTENTIAL PROTECTIVE ORDER RELATED ISSUES AND POTENTIAL REQUEST FOR SAME; CONFER WITH L. WOHLFORD REGARDING SAME; PREPARE ACTION ITEM/POTENTIAL DISCUSSION RELATED NOTES BASED ON DEFENDANTS' CALL REPRESENTATIONS; REVIEW DRAFT AFFIDAVIT IN SUPPORT OF INJUNCTION BRIEF; PREPARE COMMENTS | | 5.40 | $4,023.00 |

File # H4091-00001                                    INVOICE# 2775619
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|--|-------|-------|
| 4/29/2021 06658 CM WEIDEMAN | REGARDING PROPOSED EXHIBIT ISSUES. RECEIVE AND REVIEW UPDATED INJUNCTION PAPERS AND DECLARATION; STRATEGY DISCUSSIONS WITH TEAM REGARDING PROTECTIVE ORDER AND EXHIBIT ISSUES. | | 1.20 | $894.00 |
| | | Subtotal: | 10.40 | $7,748.00 |
| 4/5/2021 09799 LC WOHLFORD | WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF AND RESEARCH RELATED TO SAME. | | 3.60 | $1,944.00 |
| 4/6/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF AND RESEARCH RELATED TO SAME. | | 5.10 | $2,754.00 |
| 4/7/2021 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH COUNSEL FOR HOSPISRX, CREVICE, HEALTHVIEW, OPALICH, AND RADCLIFF REGARDING SERVICE OF COMPLAINT; CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF. | | 1.20 | $648.00 |
| 4/8/2021 09799 LC WOHLFORD | CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SERVICE OF PROCESS AND FOLLOW UP CORRESPONDENCE WITH MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING BENEFITS AND POTENTIAL DOWNSIDE TO REQUESTING WAIVER OF SERVICE FROM DEFENDANTS; CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND BRIEF IN SUPPORT. | | 2.10 | $1,134.00 |
| 4/9/2021 09799 LC WOHLFORD | DRAFT REQUESTS FOR WAIVER OF SERVICE OF PROCESS AND EMAIL CORRESPONDENCE WITH DEFENDNATS' COUNSEL REGARDING SAME; CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF. | | 2.30 | $1,242.00 |
| 4/12/2021 09799 LC WOHLFORD | CALL WITH COUNSEL FOR HOSPISRX, CREVICE, AND HEALTHVIEW REGARDING LITIGATION AND POTENTIAL FOR RESOLVING CLAIMS BETWEEN EHO AND ENTITY DEFENDANTS; CONTINUE WORK ON MOTION FOR PRELIMINARY | | 4.40 | $2,376.00 |

APPX023

File # H4091-00001                                    INVOICE# 2775619
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE    ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | INJUNCTION AND SUPPORTING BRIEF AND LEGAL RESEARCH RELATED TO SAME; CALL WITH MS. MCKENNA | | |
| 4/13/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF AND LEGAL RESEARCH AND ANALYSIS RELATED TO SAME; CALL WITH MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING CALL WITH ENTITY DEFENDANTS' COUNSEL AND LITIGATION STRATEGY IN LIGHT OF SAME. | 4.80 | $2,592.00 |
| 4/14/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND BRIEF IN SUPPORT AND LEGAL RESEARCH AND ANALYSIS RELATED TO SAME. | 5.40 | $2,916.00 |
| 4/15/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF AND EMAIL CORRESPONDENCE WITH MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING INITIAL DRAFT OF SAME; WORK ON AFFIDAVIT OF LARRY LUEDKE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. | 6.10 | $3,294.00 |
| 4/16/2021 09799 LC WOHLFORD | CALL WITH MR. BEAUSOLEIL REGARDING REVISIONS TO MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF; EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING PROPOSED REVISIONS TO MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF; REVISE MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING BRIEF IN ACCORDANCE WITH COMMENTS FROM MS. MCKENNA AND MR. BEAUSOLEIL; CONTINUE WORK ON AFFIDAVIT OF LARRY LUEDKE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND COMPILE EXHIBITS FOR APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. | 6.90 | $3,726.00 |

APPX024

File # H4091-00001                                    INVOICE# 2775619
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 4/19/2021 09799 LC WOHLFORD | FINALIZE DRAFT AFFIDAVIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS TO SAME AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 0.80 | $432.00 |
| 4/21/2021 09799 LC WOHLFORD | WORK ON EXPEDITED DISCOVERY REQUESTS TO DEFENDANTS IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION. | 2.80 | $1,512.00 |
| 4/22/2021 09799 LC WOHLFORD | REVIEW CORRESPONDENCE FROM DEFENDANTS' COUNSEL REGARDING ALLEGED FALSE STATEMENTS IN COMPLAINT AND THREATS OF SANCTIONS, EMAIL INITIAL RESPONSE TO DEFENDANTS' COUNSEL, AND PREPARE FOR CONFERENCE WITH DEFENDANTS' COUNSEL RELATED TO SAME. | 1.10 | $594.00 |
| 4/23/2021 09799 LC WOHLFORD | CALL WITH DEFENDANTS' COUNSEL AND MR. WEIDEMAN REGARDING DEFENDANTS' COUNSEL'S CORRESPONDENCE RELATED TO ALLEGED FALSE ALLEGATIONS IN COMPLAINT AND THREATS OF SANCTIONS AND FOLLOW UP CALL WITH MESSRS. WEIDEMAN AND BEAUSOLEIL REGARDING SAME; CALL WITH MS. MCKENNA REGARDING CONFERENCE WITH DEFENDANTS' COUNSEL ▮▮▮▮▮▮ A▮▮ A▮ | 5.60 | $3,024.00 |
| 4/28/2021 09799 LC WOHLFORD | REVISE AND SUPPLEMENT MOTION FOR PRELIMINARY INJUNCTION AND AFFIDAVIT IN SUPPORT OF SAME ▮▮▮ | 3.70 | $1,998.00 |
| 4/29/2021 09799 LC WOHLFORD | REVIEW LOCAL RULES REGARDING FILING CONFIDENTIAL DOCUMENTS UNDER SEAL AND EMAIL CORRESPONDENCE WITH MESSRS. BEAUSOLEIL AND WEIDEMAN REGARDING STRATEGY FOR SUBMITTING CONFIDENTIAL INFORMATION IN SUPPORT OF PRELIMINARY INJUNCTION MOTION | 0.60 | $324.00 |

File # H4091-00001                                    INVOICE# 2775619
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | UNDER SEAL. | | |
| 4/30/2021 09799 LC WOHLFORD | | CALL WITH COUNSEL FOR RADCLIFF REGARDING REQUEST FOR INFORMAL DISCOVERY AND FOLLOW UP CALL WITH MS. MCKENNA | 1.10 | $594.00 |

|  | Subtotal: | 57.60 | $31,104.00 |
|---|---|---|---|

|  | TOTAL SERVICES | 68.00 | $38,852.00 |
|---|---|---|---|

File # H4091-00001 INVOICE# 2775619
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 03/29/2021 | FILING FEES FILING FEES AND RELATED ON 03/29/21 - RANDY D. GORDON - FILING FEE FOR NEW CASE IN USDC NORTHERN DISTRICT OF TEXAS | 402.00 |
| | Total: | $402.00 |
| | TOTAL DISBURSEMENTS | $402.00 |

APPX027

File # H4091-00001

TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2775619

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 10.40 | $7,748.00 |
| 09799 | LC WOHLFORD | 57.60 | $31,104.00 |
| | | 68.00 | $38,852.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

June 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2783797

CURRENT INVOICE                                          $17,991.27

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 5/10/21 | 2775619 | $39,254.00 | $0.00 | $39,254.00 |
|  |  |  |  | $39,254.00 |

TOTAL BALANCE DUE                                        $57,245.27

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

June 02, 2021


EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513


TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2783797

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $17,860.00


DISBURSEMENTS
MESSENGER SERVICE                        $131.27
TOTAL DISBURSEMENTS                                    $131.27

BALANCE DUE THIS INVOICE                               $17,991.27

PREVIOUS BALANCE                                      $39,254.00

TOTAL BALANCE DUE                                     $57,245.27

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 5/10/21 | 2775619 | $39,254.00 | $0.00 | $39,254.00 |
| | | | | $39,254.00 |

APPX030

File # H4091-00001                                    INVOICE# 2783797
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/3/2021 06658 CM WEIDEMAN | ATTEND MEET AND CONFER CALL WITH L. WOHLFORD AND OPPOSING COUNSEL; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING OUTSTANDING ACTION ITEMS AND PREPARATION OF INJUNCTION PAPERS FOR FILING. | 1.30 | $968.50 |
| 5/24/2021 06658 CM WEIDEMAN | BEGIN ANALYSIS OF DRAFT DISCOVERY REQUESTS; PREPARE NOTES REGARDING SAME; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING SAME AND ANTICIPATED MOTION FOR EXPEDITED DISCOVERY. | 0.90 | $670.50 |
| 5/25/2021 06658 CM WEIDEMAN | CONTINUED ANALYSIS OF DRAFT DISCOVERY REQUESTS; PREPARE REVISIONS AND EDITS TO SAME; PREPARE STRATEGY CORRESPONDENCE TO L. WOHLFORD AND J. BEAUSOLEIL REGARDING SAME. | 1.80 | $1,341.00 |
| 5/26/2021 06658 CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING PROPOSED REVISIONS AND ADDITIONAL EXPEDITED DISCOVERY. | 0.40 | $298.00 |
| 5/28/2021 06658 CM WEIDEMAN | REVIEW AND REVIEW DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES; ATTENTION TO MOTION TO DISMISS RESPONSE DEADLINE ISSUES; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: DEFENDANTS' 12(B)(6) MOTION TO DISMISS; BEGIN REVIEW AND ANALYSIS OF DEFENDANTS' RECENTLY FILED MOTION TO DISMISS. | 0.80 | $596.00 |
| | Subtotal: | 5.20 | $3,874.00 |
| 5/3/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA AND MESSRS. SPRINGSTON, LUEDKE, AND WEIDEMAN REGARDING ████ ████████ ████████ ████; DRAFT PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION; WORK ON INITIAL REQUESTS FOR PRODUCTION TO OPALICH, RADCLIFF, CREVICE, AND HEALTHVIEW; ████████ AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 5.70 | $3,078.00 |

File # H4091-00001                                        INVOICE# 2783797
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/5/2021 09799 LC WOHLFORD | FINALIZE APPENDIX IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ADD CITATIONS TO SAME TO MOTION; FINALIZE INITIAL DISCOVERY REQUESTS TO OPALICH, RADCLIFF, CREVICE, AND HEALTHVIEW; ATTEMPT TO CONTACT DEFENDANTS' COUNSEL TO CONFER ON MOTION FOR PRELIMINARY INJUNCTION. | 4.20 | $2,268.00 |
| 5/7/2021 09799 LC WOHLFORD | CALL WITH COUNSEL FOR CREVICE, HEALTHVIEW, AND HOSPISRX TO CONFER ON MOTION FOR PRELIMINARY INJUNCTION. | 0.60 | $324.00 |
| 5/11/2021 09799 LC WOHLFORD | CALLS AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING MOTION FOR PRELIMINARY INJUNCTION AND POTENTIAL STIPULATED PRELIMINARY INJUNCTION. | 0.80 | $432.00 |
| 5/12/2021 09799 LC WOHLFORD | FURTHER CALLS AND CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING MOTION FOR PRELIMINARY INJUNCTION AND POTENTIAL STIPULATED PRELIMINARY INJUNCTION; CORRESPONDENCE WITH MS. MCKENNA REGARDING ▮▮▮ | 0.60 | $324.00 |
| 5/18/2021 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING ▮▮▮ | 0.20 | $108.00 |
| 5/19/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ▮▮▮ FINALIZE AND FILE MOTION FOR PRELIMINARY INJUNCTION AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME; WORK ON MOTION FOR EXPEDITED DISCOVERY AND RESEARCH RELATED TO SAME. | 2.30 | $1,242.00 |
| 5/20/2021 09799 LC WOHLFORD | CALL WITH JUDGE BOYLE'S CLERK REGARDING NOTIFICATION TO DEFENDANTS' COUNSEL REGARDING BRIEFING DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION; CONTINUE WORK ON MOTION FOR EXPEDITED DISCOVERY AND RESEARCH RELATED TO SAME. | 3.40 | $1,836.00 |

File # H4091-00001

INVOICE# 2783797

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/21/2021 09799 LC WOHLFORD | COMPLETE WORK ON INITIAL DRAFT OF MOTION FOR EXPEDITED DISCOVERY AND RESEARCH RELATED TO SAME. | 2.80 | $1,512.00 |
| 5/25/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ████████████████████ █████ REVIEW PROPOSED REVISIONS TO EXPEDITED DISCOVERY FROM MR. WEIDEMAN. | 0.70 | $378.00 |
| 5/26/2021 09799 LC WOHLFORD | CALL WITH MR. WEIDEMAN REGARDING PROPOSED EDITS TO EXPEDITED DISCOVERY AND OVERALL STRATEGY FOR PURSUING DISCOVERY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; WORK ON REVISIONS TO EXPEDITED DISCOVERY REQUESTS. | 1.10 | $594.00 |
| 5/27/2021 09799 LC WOHLFORD | REVIEW FEDERAL RULES OF CIVIL PROCEDURE REGARDING COMPELLING PARTY AND NON-PARTY TESTIMONY AT PRELIMINARY INJUNCTION HEARING AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING PRELIMINARY INJUNCTION HEARING AND EXPEDITED DISCOVERY. | 1.30 | $702.00 |
| 5/28/2021 09799 LC WOHLFORD | REVIEW MOTION TO DISMISS FILED BY DEFENDANTS AND ANALYZE ARGUMENTS IN RESPONSE TO SAME. | 2.20 | $1,188.00 |
| | Subtotal: | 25.90 | $13,986.00 |

| | | | |
|---|---|---|---|
| TOTAL SERVICES | | 31.10 | $17,860.00 |

APPX033

File # H4091-00001                                    INVOICE# 2783797
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| | | 131.27 |
| 05/31/2021 | MESSENGER SERVICE | |
| | Total: | $131.27 |
| | TOTAL DISBURSEMENTS | $131.27 |

File # H4091-00001                                    INVOICE# 2783797
   TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 5.20 | $3,874.00 |
| 09799 | LC WOHLFORD | 25.90 | $13,986.00 |
| | | 31.10 | $17,860.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

July 09, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2796377

CURRENT INVOICE                                    $29,872.30



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

July 09, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2796377

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                           $29,870.00


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                    $2.30
TOTAL DISBURSEMENTS                                              $2.30

BALANCE DUE THIS INVOICE                                     $29,872.30

TOTAL BALANCE DUE                                            $29,872.30

File # H4091-00001                                    INVOICE# 2796377
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE    ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 6/11/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW COURT ORDER DEADLINE; STRATEGY DISCUSSIONS WITH TRIAL TEAM REGARDING SAME | 0.30 | $223.50 |
| 6/14/2021 06658 CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING UPCOMING RESPONSE DEADLINES AND MOTION FOR EXPEDITED DISCOVERY; ANALYSIS OF DEFENDANTS' MOTION TO DISMISS FOR POTENTIAL RESPONSE ARGUMENTS RELATED TO SAME. | 1.30 | $968.50 |
| 6/21/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW DEFENDANTS RESPONSE TO EHO'S MOTION FOR EXPEDITED DISCOVERY; PREPARE NOTES REGARDING SAME; RECEIVE AND REVIEW COURT ORDER REGARDING REPLY BRIEF. | 0.80 | $596.00 |
| 6/22/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW RECENT COURT ORDERS; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING SAME | 0.40 | $298.00 |
| 6/25/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW COURT ORDER RE: EHO'S MOTION FOR EXPEDITED DISCOVERY; STRATEGY DISCUSSIONS WITH TRIAL TEAM RE: SAME. | 0.40 | $298.00 |
| | Subtotal: | 3.20 | $2,384.00 |
| 6/1/2021 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING MOTION TO DISMISS FILED BY DEFENDANTS AND CALL WITH MS. MCKENNA REGARDING SAME; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING CONFERENCE TO DISCUSS HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY. | 1.40 | $756.00 |
| 6/2/2021 09799 LC WOHLFORD | CALL WITH DEFENDANTS' COUNSEL TO CONFER REGARDING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY AND FOLLOW UP CALL WITH MS. MCKENNA REGARDING SAME; WORK ON RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND RESEARCH RELATED TO SAME. | 2.30 | $1,242.00 |
| 6/3/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA ██████ | 0.90 | $486.00 |

File # H4091-00001                                    INVOICE# 2796377
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | | | |
| 6/7/2021 09799 LC WOHLFORD | RESEARCH REGARDING PERSONAL JURISDICTION ISSUES RAISED BY CREVICE, HEALTHVIEW, AND HOSPISRX MOTION TO DISMISS AND WORK ON RESPONSE TO DEFENDANTS' MOTION TO DISMISS. | 2.60 | $1,404.00 |
| 6/9/2021 09799 LC WOHLFORD | REVIEW DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND EVIDENCE SUBMITTED IN SUPPORT OF SAME AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 3.70 | $1,998.00 |
| 6/10/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND STRATEGY FOR REPLYING TO SAME AND SEEKING EXPEDITED DISCOVERY; LEGAL RESEARCH RELATED TO REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION. | 2.10 | $1,134.00 |
| 6/14/2021 09799 LC WOHLFORD | WORK ON REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; REVISE MOTION FOR EXPEDITED DISCOVERY IN LIGHT OF DECLARATIONS SUBMITTED WITH DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION. | 8.40 | $4,536.00 |
| 6/15/2021 09799 LC WOHLFORD | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND CALL WITH MS. MCKENNA REGARDING SAME AND ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS. | 7.40 | $3,996.00 |
| 6/16/2021 09799 LC WOHLFORD | REVISE AND FINALIZE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR EXPEDITED DISCOVERY AND PROPOSED EXPEDITED DISCOVERY REQUESTS. | 5.70 | $3,078.00 |
| 6/17/2021 09799 LC WOHLFORD | CONTINUE WORK ON DEFENDANTS' MOTION TO DISMISS. | 8.20 | $4,428.00 |
| 6/18/2021 09799 LC WOHLFORD | REVISE, FINALIZE, AND FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS; BEGIN PREPARATION FOR HEARING ON | 5.80 | $3,132.00 |

APPX039

File # H4091-00001

INVOICE# 2796377

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS. | | |
| 6/21/2021 | 09799 | LC WOHLFORD | REVIEW DEFENDANTS' RESPONSE TO MOTION FOR EXPEDITED DISCOVERY AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PRELIMINARY INJUNCTION. | 0.80 | $432.00 |
| 6/22/2021 | 09799 | LC WOHLFORD | REVIEW HOSPISRX HR CONSULTING PROPOSAL MISTAKENLY SENT TO EHO AND CALL WITH MS. MCKENNA REGARDING SAME. | 1.30 | $702.00 |
| 6/23/2021 | 09799 | LC WOHLFORD | REVIEW DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AND EMAIL MS. MCKENNA REGARDING SAME. | 0.30 | $162.00 |
| | | | Subtotal: | 50.90 | $27,486.00 |

| | HOURS | VALUE |
|---|-------|-------|
| TOTAL SERVICES | 54.10 | $29,870.00 |

File # H4091-00001                          INVOICE# 2796377
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| | | 2.30 |
| 06/30/2021 | PACER FEDERAL DOCKET COSTS | |
| | Total: | $2.30 |
| | TOTAL DISBURSEMENTS | $2.30 |

APPX041

File # H4091-00001

INVOICE# 2796377

TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 3.20 | $2,384.00 |
| 09799 | LC WOHLFORD | 50.90 | $27,486.00 |
| | | 54.10 | $29,870.00 |

APPX042

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

August 03, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

**PLEASE NOTE THAT OUR PAYMENT PROCESSING ADDRESS HAS**
**CHANGED**
**PLEASE REMIT YOUR PAYMENT TO:.**
**DUANE MORRIS LLP**
**ATTN.: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2805014

CURRENT INVOICE                                    $61,792.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 7/9/21 | 2796377 | $29,872.30 | $0.00 | $29,872.30 |
| | | | | $29,872.30 |

TOTAL BALANCE DUE                                  $91,664.30

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS

Duane Morris
August 03, 2021

File # H4091-00001                                                  INVOICE# 2805014
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: 215.979.1000   FAX: 215.979.1020

APPX044

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

August 03, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2805014          ██████████████

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                  $61,792.00

PREVIOUS BALANCE                                                  $29,872.30

TOTAL BALANCE DUE                                                 $91,664.30

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/9/21 | 2796377 | $29,872.30 | $0.00 | $29,872.30 |
|  |  |  |  | $29,872.30 |

File # H4091-00001                                       INVOICE# 2805014

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 7/8/2021 | 06658 CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING UPCOMING INJUNCTION HEARING; ATTENTION TO CORRESPONDENCE WITH L. WOHLFORD REGARDING SAME; ANALYSIS OF HOSPISRX RELATED COMPETITIVE WEBPAGE; PREPARE NOTES REGARDING SAME. | 0.80 | $596.00 |
| 7/12/2021 | 06658 CM WEIDEMAN | ATTENTION TO ADDITIONAL STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: INJUNCTION HEARING; PREPARE PROPOSED STIPULATED PROTECTIVE ORDER; PREPARE CORRESPONDENCE TO OPPOSING COUNSEL REGARDING SAME; REVIEW PROPOSED PRELIMINARY INJUNCTION EXHIBITS; PREPARE NOTES REGARDING SAME. | 2.80 | $2,086.00 |
| 7/13/2021 | 06658 CM WEIDEMAN | CONTINUED ATTENTION TO PROPOSED EXHIBITS; ATTENTION TO STRATEGY CORRESPONDENCE WITH L. WOHLFORD RE: CONFIDENTIALITY DESIGNATIONS RELATED TO PROPOSED INJUNCTION HEARING EXHIBITS; ATTENTION TO CORRESPONDENCE WITH OPPOSING COUNSEL RE: MEET AND CONFER OBLIGATIONS. | 1.80 | $1,341.00 |
| 7/14/2021 | 06658 CM WEIDEMAN | PREPARE FOR AND ATTEND MEET AND CONFER CALL WITH OPPOSING COUNSEL RE: PROPOSED PROTECTIVE ORDER; PREPARE NOTES REGARDING SAME; CONDUCT ADDITIONAL MEET AND CONFER REGARDING PROPOSED MOTION TO SEAL; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING SAME; CONTINUED ATTENTION TO PROPOSED INJUNCTION HEARING EXHIBITS LIST; PREPARE NOTES REGARDING USE OF SAID EXHIBITS; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING SAME; PREPARE RESPONSE CORRESPONDENCE TO OPPOSING COUNSEL RE: MEET AND CONFER SUMMARY. | 5.10 | $3,799.50 |
| 7/15/2021 | 06658 CM WEIDEMAN | CONTINUED PREPARATIONS FOR PRELIMINARY INJUNCTION HEARING; WITNESS PREPARATIONS WITH L. LUEDKE AND B. SPRINGSTON; PREPARE CROSS-EXAMINATION OUTLINES IN PREPARATION FOR HEARING; PREPARE PARTIAL ARGUMENT OUTLINES IN | 7.50 | $5,587.50 |

File # H4091-00001

INVOICE# 2805014

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 7/16/2021 | 06658 | CM WEIDEMAN | PREPARATION FOR HEARING; STRATEGY DISCUSSIONS WITH L. WOHLFORD REGARDING SAME. (DID NOT BILL FOR TRAVEL TIME) FINALIZE PREPARATION FOR PRELIMINARY INJUNCTION HEARING; ATTEND PRELIMINARY INJUNCTION HEARING IN DALLAS, TEXAS; PREPARE NOTES REGARDING FOLLOW-UP ACTION ITEMS RELATED TO SAME; STRATEGY DISCUSSIONS WITH CLIENT CONSTITUENTS RE: THE COURT'S PRELIMINARY RULINGS; ADDITIONAL STRATEGY DISCUSSIONS WITH J. BEAUSOLEIL REGARDING SAME. | 7.20 | $5,364.00 |
| 7/27/2021 | 06658 | CM WEIDEMAN | ATTENTION TO RECENT COURT ORDERS; ANALYZE MEMORANDUM OPINIONS REGARDING SAME. | 0.70 | $521.50 |
| | | | Subtotal: | 25.90 | $19,295.50 |
| 7/6/2021 | 09799 | LC WOHLFORD | REVIEW OPALICH EMAILS IN PREPARATION FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND WORK ON EXHIBIT LIST AND COMPILING EXHIBITS FOR HEARING. | 5.60 | $3,024.00 |
| 7/7/2021 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF OPALICH EMAILS AND REVIEW RADCLIFF EMAILS IN PREPARATION FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND CONTINUE WORK ON COMPILING EXHIBITS AND EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING. | 5.80 | $3,132.00 |
| 7/8/2021 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF OPALICH AND RADCLIFF EMAILS IN PREPARATION FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND CONTINUE WORK ON COMPILING EXHIBITS FOR PRELIMINARY INJUNCTION HEARING; EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MR. LUEDKE ███████ ███████████████████ CALL WITH MR. LUEDKE ████████████ | 6.30 | $3,402.00 |

APPX047

File # H4091-00001                                    INVOICE# 2805014
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 7/9/2021 09799 LC WOHLFORD | ▮▮▮ REVIEW HOSPISRX WEBSITE AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. COMPLETE REVIEW OF OPALICH AND RADCLIFF EMAILS IN PREPARATION FOR PRELIMINARY INJUNCTION HEARING; FINALIZE EXHIBIT LIST AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING; ▮▮▮ | 7.70 | $4,158.00 |
| 7/12/2021 09799 LC WOHLFORD | ▮▮▮ WORK ON LUEDKE DIRECT EXAMINATION FOR PRELIMINARY INJUNCTION HEARING. CONTINUE WORK ON LUEDKE DIRECT EXAMINATION FOR PRELIMINARY INJUNCTION HEARING; REVIEW DRAFT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT GOVERNING DOCUMENTS EXCHANGED OR USED IN CASE AND CALL WITH MR. WEIDEMAN REGARDING PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT AND NECESSITY OF MOTION TO SEAL EXHIBITS PRESENTED AT PRELIMINARY INJUNCTION HEARING. | 6.90 | $3,726.00 |
| 7/13/2021 09799 LC WOHLFORD | CONTINUE WORK ON LUEDKE DIRECT EXAMINATION FOR PRELIMINARY INJUNCTION HEARING; CALL WITH MESSRS. LUEDKE AND SPRINGSTON AND MS. MCKENNA IN PREPARATION FOR PRELIMINARY INJUNCTION HEARING; BEGIN WORK ON OPALICH CROSS EXAMINATION FOR PRELIMINARY INJUNCTION HEARING. | 9.30 | $5,022.00 |
| 7/14/2021 09799 LC WOHLFORD | FINALIZE LUEDKE DIRECT EXAMINATION AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING AND EMAIL SAME TO MR. LUEDKE AND MS. MCKENNA; CALL WITH MR. WEIDEMAN AND COUNSEL FOR DEFENDANTS TO CONFER ON PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT AND MOTION TO SEAL CONFIDENTIAL EXHIBITS PRESENTED AT PRELIMINARY INJUNCTION HEARING; CONTINUE WORK ON OPALICH CROSS | 12.10 | $6,534.00 |

APPX048

File # H4091-00001                                         INVOICE# 2805014
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | EXAMINATION FOR PRELIMINARY INJUNCTION HEARING AND EXHIBITS FOR SAME. | | |
| 7/15/2021 09799 LC WOHLFORD | FINALIZE OPALICH CROSS EXAMINATION AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING; PREPARE GREENE CROSS-EXAMINATION AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING; PREPARE RADCLIFF CROSS-EXAMINATION AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING; MEET WITH MESSRS. LUEDKE, SPRINGSTON, AND WEIDEMAN TO PREPARE MR. LUEDKE FOR TESTIMONY AT PRELIMINARY INJUNCTION HEARING; PREPARE ARGUMENT OUTLINES FOR DEFENDANTS' MOTION TO DISMISS. | 11.70 | $6,318.00 |
| 7/16/2021 09799 LC WOHLFORD | PREPARE FOR ARGUMENT ON DEFENDANTS' MOTION TO DISMISS; ATTEND HEARING ON DEFENDANTS' MOTION TO DISMISS AND EHO'S MOTION FOR PRELIMINARY INJUNCTION; CALL WITH MESSRS. LUEDKE, SPRINGSTON, AND WEIDEMAN AND MS. MCKENNA TO DISCUSS HEARING ON DEFENDANTS' MOTION TO DISMISS AND EHO'S MOTION FOR PRELIMINARY INJUNCTION AND FOLLOW UP CALL WITH MR. BEAUSOLEIL REGARDING SAME. | 5.30 | $2,862.00 |
| 7/20/2021 09799 LC WOHLFORD | CALL WITH SENTRY LINK REGARDING DEMAND FOR AUTHORIZATION FORM FOR OPALICH BACKGROUND CHECK; REVIEW COURT'S ORDER DENYING PRELIMINARY INJUNCTION; CALL WITH MS. MCKENNA REGARDING ███████ | 1.10 | $594.00 |
| 7/21/2021 09799 LC WOHLFORD | REVIEW APERIO CONFIDENTIALITY AGREEMENT AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING ███████ | 1.30 | $702.00 |
| 7/23/2021 09799 LC WOHLFORD | REVIEW ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND EMAIL | 0.90 | $486.00 |

APPX049

File # H4091-00001                                INVOICE# 2805014
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME AND LITIGATION STRATEGY. | | |
| | | | Subtotal: | 74.00 | $39,960.00 |
| 7/14/2021 | 09863 | P ARNOLD | PREPARE DRAFT EXHIBIT LIST FOR PRELIMINARY-INJUNCTION HEARING; SEND TO L. WOHLFORD FOR REVIEW. | 3.10 | $1,348.50 |
| | | | Subtotal: | 3.10 | $1,348.50 |
| 7/9/2021 | 07996 | A NIETO | DRAFT JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER, DRAFT STIPULATED PROTECTIVE ORDER, DRAFT EXHIBITS A & B | 1.50 | $405.00 |
| 7/13/2021 | 07996 | A NIETO | PRINT AND INDEX DOCUMENTS TO BE PLACE INTO BINDER FOR UPCOMING PRELIMINARY INJUNCTION HEARING. | 2.00 | $540.00 |
| 7/14/2021 | 07996 | A NIETO | FINALIZE AND FILE MOTION FOR PROTECTIVE ORDER AND STIPULATION FOR PROTECTIVE ORDER WITH EXHIBITS A&B | 0.30 | $81.00 |
| 7/15/2021 | 07996 | A NIETO | REVIEW NEW LIST OF EXHIBITS FOR UPCOMING PRELIMINARY INJUNCTION HEARING. UPDATE INDEX AND PULLED NEW DOCUMENTS WHICH NEED TO BE ADDED TO HEARING NOTEBOOK. | 0.60 | $162.00 |
| | | | Subtotal: | 4.40 | $1,188.00 |
| | | | TOTAL SERVICES | 107.40 | $61,792.00 |

File # H4091-00001                                    INVOICE# 2805014
        TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 25.90 | $19,295.50 |
| 09799 | LC WOHLFORD | 74.00 | $39,960.00 |
| 09863 | P ARNOLD | 3.10 | $1,348.50 |
| 07996 | A NIETO | 4.40 | $1,188.00 |
|  |  | 107.40 | $61,792.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

September 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001       INVOICE# 2814476

CURRENT INVOICE                                    $5,918.00



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

September 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2814476

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $5,918.00

TOTAL BALANCE DUE                                   $5,918.00

File # H4091-00001         INVOICE# 2814476

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/6/2021 06658 CM WEIDEMAN | ATTENTION TO STRATEGY ISSUES REGARDING AMENDED COMPLAINT DEADLINES; EXCHANGE CORRESPONDENCE WITH L. WOHLFORD REGARDING SAME; REVIEW AND ANALYZE UPDATED AMENDED COMPLAINT AGAINST DEFENDANTS. | | 1.20 | $894.00 |
| 8/19/2021 06658 CM WEIDEMAN | RECEIVE AND REVIEW DEFENDANTS RADCLIFF AND OPALICH'S ANSWERS TO EHO'S AMENDED COMPLAINT AND COUNTERCLAIMS; REVIEW ADDITIONAL RECENT FILINGS; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME. | | 0.80 | $596.00 |
| | | Subtotal: | 2.00 | $1,490.00 |
| 8/4/2021 09799 LC WOHLFORD | REVIEW COURT'S ORDER ON DEFENDANTS' MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND WORK ON SECOND AMENDED COMPLAINT. | | 2.30 | $1,242.00 |
| 8/5/2021 09799 LC WOHLFORD | CONTINUE WORK ON SECOND AMENDED COMPLAINT TO ADDRESS ISSUES IDENTIFIED BY COURT WITH RESPECT TO CERTAIN ALLEGATIONS AGAINST OPALICH AND RADCLIFF. | | 1.90 | $1,026.00 |
| 8/19/2021 09799 LC WOHLFORD | REVIEW ANSWERS AND COUNTERCLAIMS FILED BY OPALICH AND RADCLIFF AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | | 1.60 | $864.00 |
| 8/25/2021 09799 LC WOHLFORD | PREPARE FOR RULE 26(F) CONFERENCE AND REVIEW DRAFT JOINT STATUS REPORT AND SCHEDULING ORDER PROPOSED BY OPALICH AND RADCLIFF'S COUNSEL. | | 0.80 | $432.00 |
| 8/26/2021 09799 LC WOHLFORD | PARTICIPATE IN RULE 26(F) CONFERENCE AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | | 1.60 | $864.00 |
| | | Subtotal: | 8.20 | $4,428.00 |
| | | TOTAL SERVICES | 10.20 | $5,918.00 |

APPX054

File # H4091-00001

INVOICE# 2814476

  TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 2.00 | $1,490.00 |
| 09799 | LC WOHLFORD | 8.20 | $4,428.00 |
| | | 10.20 | $5,918.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

October 11, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001      INVOICE# 2827177

CURRENT INVOICE                                                    $13,824.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 9/2/21 | 2814476 | $5,918.00 | $0.00 | $5,918.00 |
|  |  |  |  | $5,918.00 |

TOTAL BALANCE DUE                                                  $19,742.00

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

October 11, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2827177

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $13,824.00

PREVIOUS BALANCE                                      $5,918.00

TOTAL BALANCE DUE                                   $19,742.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 9/2/21    | 2814476      | $5,918.00   | $0.00   | $5,918.00   |
|           |              |             |         | $5,918.00   |

APPX057

File # H4091-00001 INVOICE# 2827177
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 9/1/2021 09799 LC WOHLFORD | AMEND AND SUPPLEMENT JOINT STATUS REPORT; LEGAL RESEARCH REGARDING POTENTIAL GROUNDS FOR DISMISSAL OF OPALICH AND RADCLIFF COUNTERCLAIMS. | | 1.40 | $756.00 |
| 9/2/2021 09799 LC WOHLFORD | CONTINUE LEGAL RESEARCH REGARDING POTENTIAL GROUNDS FOR DISMISSAL OF OPALICH AND RADCLIFF COUNTERCLAIMS; WORK ON ANSWER AND AFFIRMATIVE DEFENSES TO OPALICH COUNTERCLAIM. | | 1.20 | $648.00 |
| 9/7/2021 09799 LC WOHLFORD | FINISH DRAFTING ANSWER AND AFFIRMATIVE DEFENSES TO OPALICH COUNTERCLAIM; WORK ON MOTION TO DISMISS RADCLIFF COUNTERCLAIM AND LEGAL RESEARCH RELATED TO SAME. | | 4.70 | $2,538.00 |
| 9/8/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION TO DISMISS RADCLIFF COUNTERCLAIM; REVIEW OPALICH AMENDED COUNTERCLAIM ADDING NEW CLAIM FOR FRAUDULENT INDUCEMENT AND CALL WITH MS. MCKENNA REGARDING SAME. | | 3.80 | $2,052.00 |
| 9/9/2021 09799 LC WOHLFORD | DRAFT PROPOSED ORDER GRANTING MOTION TO DISMISS RADCLIFF COUNTERCLAIM; FINALIZE AND FILE MOTION TO DISMISS RADCLIFF COUNTERCLAIM; REVIEW DEFENDANTS' REVISIONS TO JOINT STATUS REPORT AND MAKE ADDITIONAL REVISIONS IN LIGHT OF OPALICH AMENDED COUNTERCLAIM AND FILING OF MOTION TO DISMISS RADCLIFF COUNTERCLAIM; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING REVISIONS TO JOINT STATUS REPORT. | | 1.40 | $756.00 |
| 9/13/2021 09799 LC WOHLFORD | DRAFT PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES. | | 2.30 | $1,242.00 |
| 9/15/2021 09799 LC WOHLFORD | CONTINUE WORK ON RULE 26(A)(1) INITIAL DISCLOSURES. | | 3.40 | $1,836.00 |
| 9/17/2021 09799 LC WOHLFORD | DRAFT MOTION TO DISMISS OPALICH'S FRAUDULENT INDUCEMENT COUNTERCLAIM; REVIEW OPALICH AND RADCLIFF RULE 26(A) INITIAL DISCLOSURES. | | 4.80 | $2,592.00 |
| 9/20/2021 09799 LC WOHLFORD | CONTINUE WORK ON MOTION TO DISMISS OPALICH COUNTERCLAIM FOR FRAUDULENT INDUCEMENT; CALL TO | | 1.80 | $972.00 |

File # H4091-00001

INVOICE# 2827177

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | ████████████ | | |
| 9/22/2021 | 09799 | LC WOHLFORD | FINALIZE AND FILE MOTION TO DISMISS OPALICH COUNTERCLAIM FOR FRAUDULENT INDUCEMENT. | 0.80 | $432.00 |
| | | | Subtotal: | 25.60 | $13,824.00 |

| | HOURS | VALUE |
|--|-------|-------|
| TOTAL SERVICES | 25.60 | $13,824.00 |

File # H4091-00001                  INVOICE# 2827177
      TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09799 | LC WOHLFORD | 25.60 | $13,824.00 |
| | | 25.60 | $13,824.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

November 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001          INVOICE# 2834438

CURRENT INVOICE                                              $22,155.50



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

November 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2834438

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $22,155.50

TOTAL BALANCE DUE                                   $22,155.50

File # H4091-00001                                        INVOICE# 2834438
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/13/2021 | 06658 | CM WEIDEMAN | ANALYSIS OF COUNTER-PLAINTIFF'S RESPONSE TO MOTION TO DISMISS; ATTENTION TO CORRESPONDENCE WITH TRIAL TEAM RE: SAME. | 0.70 | $521.50 |
| 10/18/2021 | 06658 | CM WEIDEMAN | ATTENTION TO CONFIDENTIALITY RELATED STRATEGY ISSUES; ANALYZE PROTECTIVE ORDER; PREPARE NOTES RE: SAME. █████████ | 1.60 | $1,192.00 |
| | | | ATTENTION TO STRATEGY CORRESPONDENCE WITH L. WOHLFORD. | | |
| 10/27/2021 | 06658 | CM WEIDEMAN | ANALYSIS OF REPLY DRAFT IN SUPPORT OF MOTION TO DISMISS N.O.'S COUNTERCLAIMS; ████████ | 1.20 | $894.00 |
| | | | Subtotal: | 3.50 | $2,607.50 |
| 10/8/2021 | 09799 | LC WOHLFORD | WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS RADCLIFF COUNTERCLAIM. | 1.90 | $1,026.00 |
| 10/10/2021 | 09799 | LC WOHLFORD | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION TO DISMISS RADCLIFF COUNTERCLAIM. | 5.10 | $2,754.00 |
| 10/11/2021 | 09799 | LC WOHLFORD | REVISE AND FINALIZE REPLY IN SUPPORT OF MOTION TO DISMISS RADCLIFF COUNTERCLAIMS; BEGIN WORK ON INITIAL DOCUMENT PRODUCTION. | 2.60 | $1,404.00 |
| 10/12/2021 | 09799 | LC WOHLFORD | REVISE AND SUPPLEMENT REQUESTS FOR PRODUCTION, INTERROGATORIES, AND REQUESTS FOR ADMISSION TO OPALICH AND RADCLIFF. | 2.80 | $1,512.00 |
| 10/13/2021 | 09799 | LC WOHLFORD | REVIEW OPALICH RESPONSE TO MOTION TO DISMISS AND ████████ | 0.90 | $486.00 |
| 10/14/2021 | 09799 | LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ████████ | 0.90 | $486.00 |
| 10/17/2021 | 09799 | LC WOHLFORD | ████████ | 6.60 | $3,564.00 |

APPX063

File # H4091-00001                          INVOICE# 2834438
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | |  | | |
| 10/18/2021 | 09799 LC WOHLFORD | | 1.60 | $864.00 |
| 10/21/2021 | 09799 LC WOHLFORD | FINALIZE PREPARATION AND REVIEW OF INITIAL DOCUMENT PRODUCTION. | 2.10 | $1,134.00 |
| 10/24/2021 | 09799 LC WOHLFORD | REVISE AND FINALIZE OBJECTIONS AND RESPONSES TO OPALICH'S AND RADCLIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS. | 4.30 | $2,322.00 |
| 10/26/2021 | 09799 LC WOHLFORD | DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS OPALICH COUNTERCLAIM FOR FRAUDULENT INDUCEMENT. | 6.20 | $3,348.00 |
| 10/27/2021 | 09799 LC WOHLFORD | REVISE, FINALIZE, AND FILE REPLY IN SUPPORT OF MOTION TO DISMISS OPALICH COUNTERCLAIM FOR FRAUDULENT INDUCEMENT. | 1.20 | $648.00 |
| | | Subtotal: | 36.20 | $19,548.00 |

| | TOTAL SERVICES | 39.70 | $22,155.50 |
|---|---|---|---|

APPX064

File # H4091-00001                                    INVOICE# 2834438
        TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 3.50 | $2,607.50 |
| 09799 | LC WOHLFORD | 36.20 | $19,548.00 |
| | | 39.70 | $22,155.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

December 02, 2021

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2845633

CURRENT INVOICE                                    $11,011.99



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

December 02, 2021


EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513


TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2845633

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2021 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $11,011.50


DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL        $0.49
TOTAL DISBURSEMENTS                                          $0.49

BALANCE DUE THIS INVOICE                              $11,011.99

TOTAL BALANCE DUE                                    $11,011.99

APPX067

File # H4091-00001                INVOICE# 2845633
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 11/11/2021 09799 LC WOHLFORD | REVIEW RADCLIFF AND OPALICH WRITTEN DISCOVERY RESPONSES AND INITIAL DOCUMENT PRODUCTION AND ANALYZE DEFICIENCIES WITH RESPONSES AND PRODUCTION | 3.30 | $1,782.00 |
| 11/12/2021 09799 LC WOHLFORD | | 1.70 | $918.00 |
| 11/18/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING RADCLIFF AND OPALICH DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND LITIGATION STRATEGY. | 0.90 | $486.00 |
| 11/24/2021 09799 LC WOHLFORD | | 1.20 | $648.00 |
| | Subtotal: | 7.10 | $3,834.00 |
| 10/12/2021 09863 P ARNOLD | REVIEW AND ANALYZE OPALICH'S AND RADCLIFF'S DISCOVERY REQUESTS AND RELATED PLEADINGS; PREPARE DRAFT OBJECTIONS. | 1.20 | $522.00 |
| 10/13/2021 09863 P ARNOLD | ANALYZE OPALICH'S AND RADCLIFF'S DISCOVERY REQUESTS AND RELATED PLEADINGS; PREPARE DRAFT OBJECTIONS; SEND GENERAL OVERVIEW OF DOCUMENTS REQUESTED IN OPALICH'S/RADCLIFF'S RFPS TO ASSIST WITH IDENTIFYING DOCUMENTS TO PRODUCE. | 2.70 | $1,174.50 |
| 10/14/2021 09863 P ARNOLD | DRAFT OBJECTIONS TO OPALICH'S AND RADCLIFF'S REQUESTS FOR PRODUCTION AND ANALYZE PLEADINGS IN CONNECTION WITH SAME. | 4.10 | $1,783.50 |
| 10/19/2021 09863 P ARNOLD | PREPARE RESPONSES TO OPALICH'S AND RADCLIFF'S REQUESTS FOR | 2.90 | $1,261.50 |

File # H4091-00001          INVOICE# 2845633
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| | | PRODUCTION. | | |
| 10/21/2021 | 09863 P ARNOLD | PREPARE DRAFT RESPONSES TO OPALICH'S AND RADCLIFF'S REQUESTS FOR PRODUCTION AND PERFORM LEGAL RESEARCH IN CONNECTION WITH SAME. | 2.30 | $1,000.50 |
| 10/22/2021 | 09863 P ARNOLD | PREPARE DRAFT RESPONSES TO OPALICH'S AND RADCLIFF'S REQUESTS FOR PRODUCTION. | 1.10 | $478.50 |
| 10/23/2021 | 09863 P ARNOLD | PREPARE DISCOVERY RESPONSES; SEND DRAFT TO L. WOHLFORD FOR REVIEW. | 2.20 | $957.00 |
| | | Subtotal: | 16.50 | $7,177.50 |
| | | TOTAL SERVICES | 23.60 | $11,011.50 |

APPX069

File # H4091-00001                                    INVOICE# 2845633
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 11/30/2021 | COLOR PRINTING & DUPLICATING - INTERNAL | 0.49 |
| | Total: | $0.49 |
| | TOTAL DISBURSEMENTS | $0.49 |

APPX070

File # H4091-00001                                    INVOICE# 2845633
     TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09799 | LC WOHLFORD | 7.10 | $3,834.00 |
| 09863 | P ARNOLD | 16.50 | $7,177.50 |
| | | 23.60 | $11,011.50 |

APPX071

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED
PLEASE REMIT PAYMENT TO:
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
PO BOX 787166
PHILADELPHIA, PA 19178-7166**

January 13, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2860349

CURRENT INVOICE                                    $324.00



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 13, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001         Invoice# 2860349

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2021 IN CONNECTION                    $324.00
WITH THE ABOVE-CAPTIONED MATTER.

TOTAL BALANCE DUE                                   $324.00

APPX073

File # H4091-00001

INVOICE# 2860349

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|------|-------|-------|
| 12/1/2021 09799 LC WOHLFORD | CALL WITH RADCLIFF AND OPALICH COUNSEL REGARDING POTENTIAL SETTLEMENT AND STRIKING OPALICH'S FRIVOLOUS COUNTERCLAIMS. | | 0.30 | $162.00 |
| 12/3/2021 09799 LC WOHLFORD | CALL WITH MS. MCKENNA, MR. SPRINGSTON, AND MR. LUEDKE REGARDING POTENTIAL SETTLEMENT AND STRIKING OPALICH COUNTERCLAIMS. | | 0.30 | $162.00 |
| | | Subtotal: | 0.60 | $324.00 |
| | TOTAL SERVICES | | 0.60 | $324.00 |

File # H4091-00001                                     INVOICE# 2860349
      TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09799 | LC WOHLFORD | 0.60 | $324.00 |
|  |  | 0.60 | $324.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

February 09, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2870747

CURRENT INVOICE                                             $4,591.21

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/13/22   | 2860349      | $324.00     | $0.00   | $324.00     |
|           |              |             |         | $324.00     |

TOTAL BALANCE DUE                                          $4,915.21

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

APPX076

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 09, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001       Invoice# 2870747

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2022 IN CONNECTION                                    $0.00
WITH THE ABOVE-CAPTIONED MATTER.

DISBURSEMENTS
FORENSIC ACQUISITION OF ELECTRONIC EVIDENCE        $4,588.92
POSTAGE                                                                    $2.29
TOTAL DISBURSEMENTS                                                      $4,591.21

BALANCE DUE THIS INVOICE                                                 $4,591.21

PREVIOUS BALANCE                                                          $324.00

TOTAL BALANCE DUE                                                        $4,915.21

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/13/22   | 2860349      | $324.00     | $0.00   | $324.00     |
|           |              |             |         | $324.00     |

APPX077

File # H4091-00001

TAMMY RADCLIFF/NICHOLAS OPALICH

INVOICE# 2870747

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 01/31/2022 | POSTAGE | | 2.29 |
| | | Total: | $2.29 |
| 01/31/2022 | FORENSIC ACQUISITION OF ELECTRONIC EVIDENCE | | 4,588.92 |
| | | Total: | $4,588.92 |
| | | TOTAL DISBURSEMENTS | $4,591.21 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED
PLEASE REMIT PAYMENT TO:
DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
PO BOX 787166
PHILADELPHIA, PA 19178-7166**

March 15, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001          INVOICE# 2882748

CURRENT INVOICE                                    $3,306.00



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

March 15, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2882748

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2022 IN CONNECTION                    $3,306.00
WITH THE ABOVE-CAPTIONED MATTER.

TOTAL BALANCE DUE                                   $3,306.00

APPX080

File # H4091-00001            INVOICE# 2882748

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 2/14/2022 | 09799 LC WOHLFORD | CALL WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING VARIOUS ISSUES AND POTENTIAL SETTLEMENT AND FOLLOW UP CALL TO MS. MCKENNA REGARDING SAME; WORK ON MEET AND CONFER LETTER TO OPALICH AND RADCLIFF COUNSEL REGARDING DEFICIENCIES IN THEIR DOCUMENT PRODUCTION AND DISCOVERY RESPONSES. | 2.30 | $1,334.00 |
| 2/16/2022 | 09799 LC WOHLFORD | CONTINUE WORK ON MEET AND CONFER LETTER TO COUNSEL FOR OPALICH AND RADCLIFF REGARDING DEFICIENCIES IN THEIR DOCUMENT PRODUCTION AND DISCOVERY RESPONSES. | 1.10 | $638.00 |
| 2/24/2022 | 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING DEFICIENCIES IN DEFENDANTS' DOCUMENT PRODUCTION AND DISCOVERY RESPONSES AND REQUEST FOR MEETING WITH MR. LUEDKE REGARDING POTENTIAL SETTLEMENT; REVIEW DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION AND EMAIL CORRESPONDENCE WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING DEFICIENCIES WITH SAME. | 1.10 | $638.00 |
| 2/25/2022 | 09799 LC WOHLFORD | REVIEW CORRESPONDENCE FROM COUNSEL FOR OPALICH AND RADCLIFF REGARDING DEFICIENCIES IN DEFENDANTS' DOCUMENT PRODUCTION AND DISCOVERY RESPONSES AND PREPARE FOR MEET AND CONFER WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING SAME. | 1.20 | $696.00 |
| | | Subtotal: | 5.70 | $3,306.00 |

| | | | | |
|---|---|---|---|---|
| | | TOTAL SERVICES | 5.70 | $3,306.00 |

File # H4091-00001               INVOICE# 2882748
       TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 09799 | LC WOHLFORD | 5.70 | $3,306.00 |
| | | 5.70 | $3,306.00 |

APPX082



# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**OUR PAYMENT PROCESSING ADDRESS HAS CHANGED**
**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

April 06, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001        INVOICE# 2889859

CURRENT INVOICE                                    $4,466.00

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

April 06, 2022


EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513



TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2889859

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $4,466.00


TOTAL BALANCE DUE                                   $4,466.00

APPX084

File # H4091-00001        INVOICE# 2889859
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/2/2022 09799 LC WOHLFORD | MEET AND CONFER CALL WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING DEFICIENCIES IN DEFENDANTS' DOCUMENT PRODUCTION AND DISCOVERY RESPONSES. | | 0.90 | $522.00 |
| 3/16/2022 09799 LC WOHLFORD | INITIAL REVIEW OF SUPPLEMENTAL DOCUMENT PRODUCTION BY OPALICH AND RADCLIFF. | | 0.90 | $522.00 |
| 3/17/2022 09799 LC WOHLFORD | CONTINUE REVIEW OF SUPPLEMENTAL PRODUCTION OF DOCUMENTS BY OPALICH AND RADCLIFF AND ANALYSIS REGARDING REMAINING DEFICIENCIES IN OPALICH AND RADCLIFF'S DOCUMENT PRODUCTION AND DISCOVERY RESPONSES. | | 1.40 | $812.00 |
| 3/18/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING OPALICH AND RADCLIFF'S SUPPLEMENTAL DOCUMENT PRODUCTION AND ▉▉▉▉▉▉ | | 0.90 | $522.00 |
| 3/22/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING SUPPLEMENTAL PRODUCTION OF DOCUMENTS BY OPALICH AND RADCLIFF SHOWING USE OF EHO'S CONFIDENTIAL INFORMATION; ANALYSIS REGARDING ADDITIONAL DEFICIENCIES IN OPALICH AND RADCLIFF DOCUMENT PRODUCTION AND PREPARE FOR MEET AND CONFER CALL WITH OPALICH AND RADCLIFF'S COUNSEL REGARDING SAME. | | 1.40 | $812.00 |
| 3/23/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA AND MESSRS. SPRINGSTON AND LEUDKE REGARDING ▉▉▉▉▉▉ | | 0.90 | $522.00 |
| 3/24/2022 09799 LC WOHLFORD | EXTENSIVE MEET AND CONFER CALL WITH COUNSEL FOR OPALICH AND RADCLIFF REGARDING THEIR DEFICIENT DOCUMENT PRODUCTION AND EXTENSION OF EXPERT DESIGNATION/REPORT DEADLINE; REVIEW AND COMMENT ON PROPOSED STIPULATION REGARDING EXTENSION OF EXPERT DESIGNATION/REPORT | | 0.90 | $522.00 |

APPX085

File # H4091-00001                    INVOICE# 2889859
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | DEADLINE. | | |
| 3/29/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING MEET AND CONFER CALL WITH OPALICH AND RADCLIFF'S COUNSEL AND ███████ | 0.40 | $232.00 |
| | Subtotal: | 7.70 | $4,466.00 |
| | TOTAL SERVICES | 7.70 | $4,466.00 |

File # H4091-00001     INVOICE# 2889859
TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER | | | |
|---|---|---|---|
| NO. | NAME | HOURS | VALUE |
| 09799 | LC WOHLFORD | 7.70 | $4,466.00 |
| | | 7.70 | $4,466.00 |

APPX087

## DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

May 09, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

---

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

---

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001        INVOICE# 2902316

CURRENT INVOICE                                        $6,403.10

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

---

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

May 09, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2902316

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $6,402.00


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS            $1.10
TOTAL DISBURSEMENTS                                          $1.10

BALANCE DUE THIS INVOICE                                  $6,403.10

TOTAL BALANCE DUE                                        $6,403.10

DUANE MORRIS LLP

APPX089

File # H4091-00001                                    INVOICE# 2902316
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/14/2022 06658 CM WEIDEMAN | UPDATE STRATEGY CALL WITH L. WOHLFORD; DISCUSSIONS RE: STATUS OF POTENTIAL DRAFT MOTION TO COMPEL. | | 0.50 | $397.50 |
| 4/19/2022 06658 CM WEIDEMAN | ANALYSIS OF PENDING MOTION TO COMPEL AND THE COURT ORDER RE: MAGISTRATE REFERRAL; PREPARE NOTES RE: POTENTIAL EXPERTS AND THIRD-PARTY DISCOVERY ISSUES IN ANTICIPATION OF STRATEGY CALL WITH L. WOHLFORD. | | 1.20 | $954.00 |
| 4/21/2022 06658 CM WEIDEMAN | RECEIVE AND REVIEW COURT'S MEMORANDUM OPINION ON EHO'S MOTIONS TO DISMISS OPALICH AND RADCLIFFE COUNTERCLAIMS; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME; ADDITIONAL CORRESPONDENCE WITH L. WOHLFORD RE: DISCOVERY STRATEGIES. | | 1.10 | $874.50 |
| | | Subtotal: | 2.80 | $2,226.00 |
| 4/15/2022 09799 LC WOHLFORD | DRAFT MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS AND LEGAL RESEARCH RELATED TO SAME; COMPILE EXHIBITS IN SUPPORT OF MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS. | | 6.30 | $3,654.00 |
| 4/21/2022 09799 LC WOHLFORD | REVIEW ORDER GRANTING MOTIONS TO DISMISS OPALICH AND RADCLIFF COUNTERCLAIMS AND CALL WITH MS. MCKENNA AND MR. LUEDKE REGARDING SAME. | | 0.90 | $522.00 |
| | | Subtotal: | 7.20 | $4,176.00 |
| | TOTAL SERVICES | | 10.00 | $6,402.00 |

APPX090

File # H4091-00001                                    INVOICE# 2902316
     TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 04/30/2022 | PACER FEDERAL DOCKET COSTS | 1.10 |
| | Total: | $1.10 |

                    TOTAL DISBURSEMENTS      $1.10

File # H4091-00001                                    INVOICE# 2902316
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 2.80 | $2,226.00 |
| 09799 | LC WOHLFORD | 7.20 | $4,176.00 |
| | | 10.00 | $6,402.00 |

APPX092

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

June 06, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2911793

CURRENT INVOICE                                          $9,093.00



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

June 06, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2911793

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $9,087.00


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                 $6.00
TOTAL DISBURSEMENTS                                        $6.00

BALANCE DUE THIS INVOICE                               $9,093.00

TOTAL BALANCE DUE                                         $9,093.00

File # H4091-00001                                    INVOICE# 2911793
     TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 5/23/2022 06658 CM WEIDEMAN | RECEIVE AND REVIEW RECENT DISCOVERY RELATED FILINGS, INCLUDING MOTION TO COMPEL FILINGS; PREPARE NOTES RE: ACTION ITEMS FOR DISCUSSION WITH L. WOLHFORD. | 0.80 | $636.00 |
| 5/26/2022 06658 CM WEIDEMAN | ATTENTION TO RECENT COURT FILINGS RE: POTENTIAL NEW COUNSEL; REVIEW POTENTIAL CONFLICTS RELATED ISSUES; ATTENTION TO STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME; ATTENTION TO ADDITIONAL STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: CASE STATUS AND POTENTIAL THIRD-PARTY DISCOVERY TO FORMER ENTITY DEFENDANTS; REVIEW PRIOR DISCOVERY IN ANTICIPATION OF SAME. | 1.00 | $795.00 |
| | Subtotal: | 1.80 | $1,431.00 |
| 5/6/2022 09799 LC WOHLFORD | REVIEW OPALICH AND RADCLIFF'S RESPONSE TO MOTION TO COMPEL AND CALL WITH MS. MCKENNA REGARDING SAME, ███████████ | 1.10 | $638.00 |
| 5/8/2022 09799 LC WOHLFORD | WORK ON REPLY IN SUPPORT OF MOTION TO COMPEL AND LEGAL RESEARCH AND ANALYSIS FOR SAME. | 2.70 | $1,566.00 |
| 5/10/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE AND CALL WITH DEFENDANTS' COUNSEL REGARDING EXTENSION OF EXPERT AND OTHER DEADLINES; EMAIL CORRESPONDENCE WITH POTENTIAL DAMAGES EXPERT. | 0.60 | $348.00 |
| 5/12/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH OPALICH AND RADCLIFF'S COUNSEL REGARDING EXTENSION OF EXPERT DEADLINES AND DRAFT AND FILE NOTICE OF AGREED EXTENSION WITH COURT. | 0.40 | $232.00 |
| 5/17/2022 09799 LC WOHLFORD | DRAFT REPLY IN SUPPORT OF MOTION TO COMPEL. | 5.40 | $3,132.00 |
| 5/18/2022 09799 LC WOHLFORD | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION TO COMPEL. | 2.40 | $1,392.00 |
| 5/20/2022 09799 LC WOHLFORD | FINALIZE AND FILE REPLY IN SUPPORT OF MOTION TO COMPEL. | 0.60 | $348.00 |
| | Subtotal: | 13.20 | $7,656.00 |

File # H4091-00001                                    INVOICE# 2911793
   TAMMY RADCLIFF/NICHOLAS OPALICH

                              TOTAL SERVICES          15.00      $9,087.00

File # H4091-00001                                          INVOICE# 2911793
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 05/31/2022 | PACER FEDERAL DOCKET COSTS | 6.00 |
| | Total: | $6.00 |
| | TOTAL DISBURSEMENTS | $6.00 |

APPX097

File # H4091-00001                                        INVOICE# 2911793
TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 1.80 | $1,431.00 |
| 09799 | LC WOHLFORD | 13.20 | $7,656.00 |
| | | 15.00 | $9,087.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

July 07, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513



You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001    INVOICE# 2922855

CURRENT INVOICE                                                $11,306.00

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

July 07, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2922855

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $11,306.00

TOTAL BALANCE DUE                                   $11,306.00

File # H4091-00001                                      INVOICE# 2922855
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| 6/7/2022 06658 CM WEIDEMAN | RECEIVE AND ANALYZE THE MAGISTRATE JUDGE'S ORDER ON EHO'S PENDING MOTION TO COMPEL; PREPARE STRATEGY NOTES TO TRIAL TEAM L. WOHLFORD AND J. BEAUSOLEIL RE: SAME. | | 0.70 | $556.50 |
| 6/21/2022 06658 CM WEIDEMAN | ATTENTION TO DEFENDANTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON EHO'S MOTION TO COMPEL; PREPARE NOTES RE: SAME; ATTENTION TO CORRESPONDENCE WITH STAFF RE: PROPOSED RESPONSE DATES. | | 1.30 | $1,033.50 |
| 6/22/2022 06658 CM WEIDEMAN | RECEIVE AND REVIEW COURT ORDER STAYING ALL CURRENT MOTION TO COMPEL DEADLINES; CORRESPONDENCE WITH TRIAL TEAM RE: SAME. | | 0.20 | $159.00 |
| 6/23/2022 06658 CM WEIDEMAN | ATTENTION TO HOSPIXRX'S MOTION TO INTERVENE AND MOTION FOR PROTECTIVE ORDER; PREPARE NOTES RE: POTENTIAL RESPONSE POINTS TO SAME; ATTENTION TO CORRESPONDENCE WITH TRIAL TEAM RE: RESPONSE DEADLINE AND CALENDARING. | | 1.70 | $1,351.50 |
| | | Subtotal: | 3.90 | $3,100.50 |
| 6/7/2022 09799 LC WOHLFORD | REVIEW ORDER GRANTING EHO'S MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS AND EMAIL MS. MCKENNA REGARDING SAME; CALL WITH MS. MCKENNA, MR. LUEDKE, AND MR. SPRINGSTON REGARDING ORDER ON MOTION TO COMPEL AND ▮▮▮▮▮▮ | | 0.90 | $522.00 |
| 6/9/2022 09799 LC WOHLFORD | REVIEW INVOICES TO DETERMINE AMOUNT OF FEES SPENT ON MOTION TO COMPEL AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL TO SCHEDULE CONFERENCE REGARDING AMOUNT OF FEES TO BE AWARDED TO EHO IN CONNECTION WITH MOTION TO COMPEL. | | 0.40 | $232.00 |
| 6/10/2022 09799 LC WOHLFORD | ADDITIONAL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING MEET AND CONFER RELATED TO ATTORNEY FEE AWARD TO EHO AS WELL AS EXTENSION OF UPCOMING | | 0.40 | $232.00 |

File # H4091-00001                    INVOICE# 2922855
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | DEADLINES. | | |
| 6/16/2022 09799 LC WOHLFORD | | CALL WITH TIM LOWE, COUNSEL FOR OPALICH AND RADCLIFF, REGARDING EXTENDING SCHEDULING ORDER DEADLINES AND DEFENDANTS' INTENT TO APPEAL ORDER ON MOTION TO COMPEL AND STAY ENFORCEMENT OF THE ORDER; REVIEW RULES REGARDING OBJECTIONS TO MAGISTRATE ORDERS ON NON-DISPOSITIVE MOTIONS; CALL WITH MS. MCKENNA REGARDING CONFERENCE WITH COUNSEL FOR OPALICH AND RADCLIFF. | 1.30 | $754.00 |
| 6/17/2022 09799 LC WOHLFORD | | EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING EXTENSION OF SCHEDULING ORDER DEADLINES AND OPPOSITION TO DEFENDANTS' MOTION TO STAY ENFORCEMENT OF ORDER ON MOTION TO COMPEL. | 0.30 | $174.00 |
| 6/20/2022 09799 LC WOHLFORD | | BEGIN DRAFTING MOTION FOR EXTENSION OF EXPERT AND OTHER DEADLINES; CONFER WITH DEFENDANTS' COUNSEL REGARDING AMOUNT OF ATTORNEYS' FEES TO BE AWARDED UNDER ORDER GRANTING EHO'S MOTION TO COMPEL AND DEFENDANTS' INTENT TO APPEAL ORDER AND SEEK STAY OF DEADLINES. | 1.90 | $1,102.00 |
| 6/21/2022 09799 LC WOHLFORD | | CALL WITH MS. MCKENNA REGARDING ███████████ CONTINUE WORK ON MOTION FOR EXTENSION OF EXPERT AND OTHER DEADLINES; FURTHER CONFERENCE WITH DEFENDANTS' COUNSEL REGARDING ATTORNEYS' FEE AWARD AND EXTENSION OF SCHEDULING ORDER DEADLINES; INITIAL REVIEW OF DEFENDANTS' OBJECTIONS TO MAGISTRATE'S ORDER ON EHO'S MOTION TO COMPEL. | 3.10 | $1,798.00 |
| 6/22/2022 09799 LC WOHLFORD | | EMAIL CORRESPONDENCE WITH POTENTIAL DAMAGES EXPERT; CALL WITH MS. MCKENNA REGARDING DISCOVERY RESPONSES AND ORDER STAYING DEADLINES IN MAGISTRATE'S ORDER GRANTING EHO'S MOTION TO COMPEL; WORK ON RESPONSES TO | 3.80 | $2,204.00 |

File # H4091-00001                                          INVOICE# 2922855
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | DEFENDANTS' INTERROGATORIES AND REQUESTS FOR ADMISSION. | | |
| 6/23/2022 09799 LC WOHLFORD | | CALL WITH MS. MCKENNA REGARDING ▮▮▮▮▮ INITIAL REVIEW OF HOSPISRX MOTION TO INTERVENE; DRAFT STIPULATION OF EXTENSION OF EXPERT DEADLINES AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME. | 1.90 | $1,102.00 |
| | | Subtotal: | 14.00 | $8,120.00 |
| 6/7/2022 07996 A NIETO | | REVIEW JUDGE'S ORDER. COMPOSE EMAIL TO ATTORNEYS AND LEGAL ASSISTANTS PROVIDING DEADLINES | 0.30 | $85.50 |
| | | Subtotal: | 0.30 | $85.50 |
| | | TOTAL SERVICES | 18.20 | $11,306.00 |

File # H4091-00001                                    INVOICE# 2922855
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 3.90 | $3,100.50 |
| 09799 | LC WOHLFORD | 14.00 | $8,120.00 |
| 07996 | A NIETO | 0.30 | $85.50 |
| | | 18.20 | $11,306.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

August 04, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

> You can pay this invoice on-line at No Charge!
> Avoid the delays and lost mail through the USPS
> Eliminate the time and cost of printing and save the postage
> Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001       INVOICE# 2933361

CURRENT INVOICE                                    $21,405.00

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

August 04, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2933361

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2022 IN CONNECTION                    $21,405.00
WITH THE ABOVE-CAPTIONED MATTER.


TOTAL BALANCE DUE                                   $21,405.00

File # H4091-00001                   INVOICE# 2933361

**TAMMY RADCLIFF/NICHOLAS OPALICH**

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/6/2022 | 06658 CM WEIDEMAN | ADDITION ANALYSIS OF OPPOSING PARTY'S OBJECTIONS TO MAGISTRATE'S ORDER AND THIRD-PARTY'S MOTION TO INTERVENE; PREPARE NOTES RE: SAME; DISCUSSIONS WITH TRIAL TEAM RE: UPCOMING DEADLINES. | 1.60 | $1,272.00 |
| 7/12/2022 | 06658 CM WEIDEMAN | ATTENTION TO RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE'S ORDER; ATTENTION TO CORRESPONDENCE WITH L. WOHLFORD RE: SAME; ADDITIONAL ANALYSIS OF MOTION TO INTERVENE AND APPLICABLE LAW; REVIEW LAW ASSOCIATED WITH SAME. | 1.00 | $795.00 |
| 7/15/2022 | 06658 CM WEIDEMAN | REVIEW AND ANALYSIS OF EHO'S DRAFT RESPONSE TO HOSPIXRX'S MOTION TO INTERVENE; CONFER WITH L. WOHLFORD RE: SAME. | 0.80 | $636.00 |
| 7/26/2022 | 06658 CM WEIDEMAN | RECEIVE AND ANALYZE DEFENDANTS' REPLY IN SUPPORT OF JUDGE HORAN'S DISCOVERY ORDER; ANALYSIS OF DEFENDANTS' EXHIBITS; PREPARE NOTES RE: SAME; DISCUSSIONS WITH L. WOHLFORD RE: SAME. | 0.80 | $636.00 |
| 7/28/2022 | 06658 CM WEIDEMAN | RECEIPT AND REVIEW OF HOSPIXRX'S REPLY IN SUPPORT OF ITS MOTION TO INTERVENE; PREPARE NOTES RE: SAME. | 0.40 | $318.00 |
| | | Subtotal: | 4.60 | $3,657.00 |
| 7/6/2022 | 09799 LC WOHLFORD | BEGIN WORK ON RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE HORAN'S ORDER GRANTING EHO'S MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS. | 3.20 | $1,856.00 |
| 7/8/2022 | 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE HORAN'S ORDER GRANTING EHO'S MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS AND LEGAL RESEARCH RELATED TO SAME. | 4.20 | $2,436.00 |
| 7/10/2022 | 09799 LC WOHLFORD | FINALIZE DRAFT RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE HORAN'S ORDER GRANTING EHO'S MOTION TO COMPEL AND REQUEST FOR DISCOVERY SANCTIONS AND EMAIL CORRESPONDENCE WITH MS. | 3.10 | $1,798.00 |

APPX107

File # H4091-00001                              INVOICE# 2933361
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | MCKENNA REGARDING SAME. | | |
| 7/11/2022 | 09799 LC WOHLFORD | WORK ON RESPONSE TO HOSPISRX'S MOTION FOR LIMITED INTERVENTION AND LEGAL RESEARCH RELATED TO SAME. | 5.20 | $3,016.00 |
| 7/12/2022 | 09799 LC WOHLFORD | REVISE AND FINALIZE RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING EHO'S MOTION TO COMPEL (2.2); CONTINUE WORK ON RESPONSE TO HOSPISRX'S MOTION TO INTERVENE AND LEGAL RESEARCH RELATED TO SAME. | 7.30 | $4,234.00 |
| 7/13/2022 | 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO HOSPISRX MOTION TO INTERVENE AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 5.10 | $2,958.00 |
| 7/14/2022 | 09799 LC WOHLFORD | REVISE, FINALIZE, AND FILE RESPONSE TO HOSPISRX'S MOTION TO INTERVENE AND CALL WITH MS. MCKENNA REGARDING SAME. | 1.80 | $1,044.00 |
| 7/26/2022 | 09799 LC WOHLFORD | REVIEW OPALICH AND RADCLIFF'S REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING EHO'S MOTION TO DISMISS. | 0.40 | $232.00 |
| 7/28/2022 | 09799 LC WOHLFORD | REVIEW HOSPISRX'S REPLY IN SUPPORT OF MOTION TO INTERVENE. | 0.30 | $174.00 |
| | | Subtotal: | 30.60 | $17,748.00 |
| | | TOTAL SERVICES | 35.20 | $21,405.00 |

File # H4091-00001          INVOICE# 2933361

TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 4.60 | $3,657.00 |
| 09799 | LC WOHLFORD | 30.60 | $17,748.00 |
| | | 35.20 | $21,405.00 |

APPX109

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

September 08, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2944402

CURRENT INVOICE                                    $25,741.75

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 8/4/22 | 2933361 | $21,405.00 | $0.00 | $21,405.00 |
| | | | | $21,405.00 |

TOTAL BALANCE DUE                                  $47,146.75

Duane Morris
September 08, 2022

File # H4091-00001

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

September 08, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2944402

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $25,699.00

DISBURSEMENTS
DM RELATIVITY HOSTING FEE                  $42.75
TOTAL DISBURSEMENTS                                          $42.75

BALANCE DUE THIS INVOICE                                 $25,741.75

PREVIOUS BALANCE                                         $21,405.00

TOTAL BALANCE DUE                                        $47,146.75

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 8/4/22 | 2933361 | $21,405.00 | $0.00 | $21,405.00 |
|  |  |  |  | $21,405.00 |

File # H4091-00001                                INVOICE# 2944402
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/9/2022 | 06658 | CM WEIDEMAN | ANALYSIS OF THE COURT'S RECENT DISCOVERY ORDER; ATTENTION TO DEADLINES AND INSTRUCTIONS TO TEAM RE: CALENDARING; REVIEW OUTSTANDING DISCOVERY REQUESTS THAT ARE THE SUBJECT OF THE COURT'S ORDER; ATTENTION TO ADDITIONAL STRATEGY DISCUSSIONS AND ACTION PLAN WITH L. WOHLFORD. | 0.80 | $636.00 |
| 8/25/2022 | 06658 | CM WEIDEMAN | RECEIVE AND REVIEW PORTIONS OF DEFENDANTS' UPDATED DISCOVERY AND SUPPLEMENTAL PRODUCTION; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: ACTION PLAN MOVING FORWARD; PREPARE NOTES RE: RECENT DEVELOPMENTS; PREPARE ADDITIONAL WORK PRODUCT NOTES RE: ACTION PLAN/CASE STRATEGY IN DISCOVERY. | 2.40 | $1,908.00 |
| | | | Subtotal: | 3.20 | $2,544.00 |
| 8/5/2022 | 09799 | LC WOHLFORD | REVIEW DISTRICT COURT ORDER OVERRULING OPALICH AND RADCLIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING EHO'S MOTION TO COMPEL AND DENYING HOSPISRX'S MOTION TO INTERVENE AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 0.70 | $406.00 |
| 8/8/2022 | 09799 | LC WOHLFORD | ANALYZE CURRENT PRETRIAL DEADLINES AND EXTENSIONS NEEDED TO PREPARE CASE FOR TRIAL AND DRAFT MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL. | 3.10 | $1,798.00 |
| 8/9/2022 | 09799 | LC WOHLFORD | REVIEW INVOICES TO DETERMINE AMOUNT OF ADDITIONAL FEES TO BE REQUESTED IN CONNECTION WITH BRIEFING ON OPALICH AND RADCLIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER GRANTING EHO'S MOTION TO COMPEL; EMAIL CORRESPONDENCE WITH OPALICH AND RADCLIFF'S COUNSEL REGARDING EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL DATE; DRAFT PROPOSED ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES | 1.30 | $754.00 |

File # H4091-00001                                    INVOICE# 2944402
     TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | AND CONTINUANCE OF TRIAL DATE. | | |
| 8/10/2022 09799 LC WOHLFORD | CONFER WITH OPALICH AND RADCLIFF'S COUNSEL REGARDING AMOUNT OF FEES TO BE AWARDED TO EHO IN CONNECTION WITH MOTION TO COMPEL AND EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL AND CALL AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; REVISE MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL. | 1.80 | $1,044.00 |
| 8/11/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING CONFERENCE WITH OPALICH AND RADCLIFF'S COUNSEL REGARDING FEE AWARD TO EHO AND EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL AND FOLLOW UP EMAIL TO MS. MCKENNA REGARDING SAME. | 0.70 | $406.00 |
| 8/16/2022 09799 LC WOHLFORD | REVIEW AMENDED SCHEDULING ORDER AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME AND ███████████ | 0.40 | $232.00 |
| 8/19/2022 09799 LC WOHLFORD | UPLOAD AND BEGIN REVIEW OF DOCUMENTS PRODUCED BY RADCLIFF AND OPALICH AS REQUIRED BY COURT'S ORDER ON MOTION TO COMPEL. | 3.10 | $1,798.00 |
| 8/22/2022 09799 LC WOHLFORD | REVIEW DOCUMENTS PRODUCED BY DEFENDANTS PURSUANT TO ORDER GRANTING EHO'S MOTION TO COMPEL. | 4.40 | $2,552.00 |
| 8/23/2022 09799 LC WOHLFORD | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY DEFENDANTS PURSUANT TO ORDER GRANTING EHO'S MOTION TO COMPEL. | 2.90 | $1,682.00 |
| 8/24/2022 09799 LC WOHLFORD | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY DEFENDANTS' PURSUANT TO ORDER GRANTING EHO'S MOTION TO COMPEL. | 6.70 | $3,886.00 |
| 8/25/2022 09799 LC WOHLFORD | CONTINUE REVIEW OF DOCUMENTS PRODUCED BY DEFENDANTS PURSUANT TO ORDER GRANTING EHO'S MOTION TO COMPEL; CALL WITH MR. WEIDEMAN REGARDING DEFENDANTS' DOCUMENT PRODUCTION AND LITIGATION STRATEGY IN LIGHT OF SAME; CALL WITH DEFENDANTS' COUNSEL REGARDING AMOUNT OF ATTORNEYS' FEES TO BE AWARDED TO | 5.90 | $3,422.00 |

File # H4091-00001

INVOICE# 2944402

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | EHO IN CONNECTION WITH MOTION TO COMPEL AND POTENTIAL SETTLEMENT DISCUSSIONS. | | |
| 8/26/2022 09799 LC WOHLFORD | COMPLETE REVIEW OF DOCUMENTS PRODUCED BY DEFENDANTS PURSUANT TO ORDER GRANTING EHO'S MOTION TO COMPEL AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; REVIEW MEET AND CONFER LETTER FROM DEFENDANTS' COUNSEL REGARDING EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND ANALYSIS REGARDING RESPONSE TO SAME. | 2.60 | $1,508.00 |
| 8/29/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ATTORNEYS' FEE AWARD TO EHO ON MOTION TO COMPEL, ███████ ███████ BEGIN WORK ON RESPONSE TO MEET AND CONFER LETTER REGARDING EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION FROM DEFENDANTS' COUNSEL. | 1.70 | $986.00 |
| 8/30/2022 09799 LC WOHLFORD | DRAFT JOINT REPORT OF CONFERENCE ON ATTORNEYS' FEE AWARD AND PROPOSED ORDER AWARDING ATTORNEYS FEES TO EHO AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME. | 1.80 | $1,044.00 |
| 8/31/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING JOINT REPORT OF CONFERENCE REGARDING ATTORNEY FEE AWARD AND DISCOVERY AND DOCUMENT PRODUCTION ISSUE; CONTINUE WORK ON RESPONSE TO MEET AND CONFER LETTER FROM DEFENDANTS' COUNSEL REGARDING VARIOUS DISCOVERY ISSUES. | 1.40 | $812.00 |
| | Subtotal: | 38.50 | $22,330.00 |
| 8/22/2022 07915 W WOE | DOWNLOADING AND UPLOADING THE "OPPOSING COUNSEL PRODUCTIONS - OPALICH VOL001 AND RADCLIFF VOL001". GENERATING THE OCR TEXT | 2.00 | $660.00 |

File # H4091-00001 ·                   INVOICE# 2944402
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/23/2022 07915 W WOE | FOR THOSE PRODUCTION VOLUMES FOR SEARCHING PURPOSES. CREATING A NEW RELATIVITY WORKSPACE AND SETTING UP GROUP SECURITY ACCESS; | | 0.50 | $165.00 |
| | | Subtotal: | 2.50 | $825.00 |
| | | TOTAL SERVICES | 44.20 | $25,699.00 |

APPX116

File # H4091-00001                                    INVOICE# 2944402
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 08/30/2022 | DM RELATIVITY HOSTING FEE AUGUST 2022 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 4.75 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 42.75 |
| | | Total: | $42.75 |
| | | TOTAL DISBURSEMENTS | $42.75 |

File # H4091-00001                   INVOICE# 2944402
       TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 3.20 | $2,544.00 |
| 09799 | LC WOHLFORD | 38.50 | $22,330.00 |
| 07915 | W WOE | 2.50 | $825.00 |
| | | 44.20 | $25,699.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

October 10, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2955813

CURRENT INVOICE                                    $39,433.06



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

October 10, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2955813

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $39,097.00

DISBURSEMENTS
DM RELATIVITY HOSTING FEE                    $336.06
TOTAL DISBURSEMENTS                                        $336.06

BALANCE DUE THIS INVOICE                                  $39,433.06

TOTAL BALANCE DUE                                         $39,433.06

File # H4091-00001

INVOICE# 2955813

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 9/2/2022 06658 CM WEIDEMAN | ATTENTION TO JOINT STATUS REPORT FILING AND CORRESPONDENCE WITH L. WOHLFORD RE: SAME. | 0.30 | $238.50 |
| 9/29/2022 06658 CM WEIDEMAN | REVIEW UPCOMING DEADLINES AND ATTENTION TO CORRESPONDENCE WITH TRIAL STAFF AND TEAM RE: SAME. | 0.50 | $397.50 |
| | Subtotal: | 0.80 | $636.00 |
| 9/1/2022 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO MEET AND CONFER LETTER FROM DEFENDANTS' COUNSEL REGARDING EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND REVIEW DISCOVERY REQUESTS AND RESPONSES AND DOCUMENT PRODUCTION IN CONNECTION WITH SAME. | 1.40 | $812.00 |
| 9/2/2022 09799 LC WOHLFORD | FINALIZE AND FILE JOINT REPORT OF CONFERENCE REGARDING ATTORNEYS' FEE AWARD AND PROPOSED ORDER REGARDING SAME; FINALIZE RESPONSE TO MEET AND CONFER LETTER FROM DEFENDANTS' COUNSEL REGARDING VARIOUS ISSUES RELATED TO EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME. | 4.20 | $2,436.00 |
| 9/6/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING ATTORNEYS' FEE AWARD, RESPONSE TO DEFENDANTS' MEET AND CONFER LETTER, AND POTENTIAL SETTLEMENT; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING TELEPHONIC MEET AND CONFER TO DISCUSS VARIOUS ISSUES RELATED TO EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND SCHEDULING DEPOSITIONS; RESEARCH AND ANALYSIS REGARDING ███ ███ | 1.30 | $754.00 |
| 9/8/2022 09799 LC WOHLFORD | CONTINUE RESEARCH AND ANALYSIS REGARDING ███ | 2.40 | $1,392.00 |

File # H4091-00001            INVOICE# 2955813
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | CALL WITH MS. MCKENNA AND MESSRS. SPRINGSTON AND LEUDKE REGARDING ▮ ▮ | | |
| 9/9/2022 09799 LC WOHLFORD | | PREPARE FOR AND PARTICIPATE IN TELEPHONIC MEET AND CONFER WITH DEFENDANTS' COUNSEL REGARDING VARIOUS ISSUES RELATED TO EHO'S DISCOVERY RESPONSES AND DOCUMENT PRODUCTION AND FOLLOW UP EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. LEUDKE AND SPRINGSTON REGARDING SAME. | 1.70 | $986.00 |
| 9/11/2022 09799 LC WOHLFORD | | DRAFT LIST OF DOCUMENTS FOR SUPPLEMENTAL COLLECTION AND DOCUMENT PRODUCTION AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MESSRS. LEUDKE AND SPRINGSTON REGARDING SAME; CONTINUE RESEARCH AND ANALYSIS REGARDING ▮ ▮ | 3.20 | $1,856.00 |
| 9/14/2022 09799 LC WOHLFORD | | REVIEW PROFERO AGREEMENTS AND EMAIL CORRESPONDENCE WITH MR. SPRINGSTON REGARDING SAME. | 0.60 | $348.00 |
| 9/15/2022 09799 LC WOHLFORD | | EMAILS WITH MS. STEELEY REGARDING DOCUMENT COLLECTION FOR SUPPLEMENTAL PRODUCTION; EMAIL CORRESPONDENCE WITH MR. LUEDKE REGARDING ▮ ▮ | 1.20 | $696.00 |
| 9/16/2022 09799 LC WOHLFORD | | REVIEW CLIENT DOCUMENTS FOR SUPPLEMENTAL DOCUMENT PRODUCTION; DRAFT SETTLEMENT PROPOSAL. | 4.60 | $2,668.00 |
| 9/19/2022 09799 LC WOHLFORD | | FINALIZE SETTLEMENT PROPOSAL AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME; CONTINUE REVIEW OF CLIENT DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. | 3.80 | $2,204.00 |
| 9/20/2022 09799 LC WOHLFORD | | CONTINUE REVIEW OF CLIENT DOCUMENTS FOR SUPPLEMENTAL PRODUCTION AND FINALIZE INITIAL SUPPLEMENTAL PRODUCTION; CALL | 4.90 | $2,842.00 |

APPX122

File # H4091-00001 INVOICE# 2955813
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | WITH DEFENDANTS' COUNSEL REGARDING DEPOSITIONS AND MEDIATION AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | | |
| 9/21/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING DEPOSITIONS, MEDIATION, AND LITIGATION STRATEGY; REVIEW ADDITIONAL CLIENT DOCUMENTS FOR FURTHER SUPPLEMENTAL DOCUMENT PRODUCTION; BEGIN WORK ON ADDITIONAL WRITTEN DISCOVERY TO DEFENDANTS. | 3.10 | $1,798.00 |
| 9/22/2022 09799 LC WOHLFORD | ADDITIONAL LEGAL RESEARCH AND ANALYSIS REGARDING ███████ | 4.20 | $2,436.00 |
| | MULTIPLE EMAILS WITH DEFENDANTS' COUNSEL REGARDING DEPOSITIONS AND MEDIATION; REVIEW ADDITIONAL CLIENT DOCUMENTS FOR FURTHER SUPPLEMENTAL DOCUMENT PRODUCTION. | | |
| 9/23/2022 09799 LC WOHLFORD | DRAFT DEPOSITION NOTICES FOR DEFENDANTS AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME; EMAIL CORRESPONDENCE WITH MEDIATOR REGARDING MEDIATION SCHEDULING; EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING OPALICH DEPOSITION AND MEDIATION; FURTHER EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING MEDIATION SCHEDULING; WORK ON AMENDED AND SUPPLEMENTAL DISCLOSURES; REVIEW ADDITIONAL CLIENT DOCUMENTS FOR FURTHER SUPPLEMENTAL DOCUMENT PRODUCTION. | 4.30 | $2,494.00 |
| 9/26/2022 09799 LC WOHLFORD | DRAFT SECOND REQUESTS FOR PRODUCTION TO OPALICH AND RADCLIFF, SECOND INTERROGATORIES TO OPALICH, AND FIRST INTERROGATORIES TO RADCLIFF; REVIEW DEFENDANTS SETTLEMENT PROPOSAL AND EMAIL CORRESPONDENCE WITH MS. | 3.80 | $2,204.00 |

File # H4091-00001

INVOICE# 2955813

    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | MCKENNA REGARDING SAME. | | |
| 9/27/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ███████ ███████ CONTINUE WORK ON AMENDED AND SUPPLEMENTAL DISCLOSURES. | 1.20 | $696.00 |
| 9/28/2022 09799 LC WOHLFORD | WORK ON THIRD-PARTY SUBPOENAS TO PROFERO, CINDY KEPLER, CITIZENSRX, ASCEND, CREVICE, AND HEALTHVIEW AND CONFER WITH MR. LOCKWOOD REGARDING SAME; COLLECT DOCUMENTS RELATED ███ ███████ ███████ FINALIZE SECOND REQUESTS FOR PRODUCTION TO OPALICH AND RADCLIFF AND INTERROGATORIES TO OPALICH AND RADCLIFF; FINALIZE AMENDED AND SUPPLEMENTAL DISCLOSURES; DRAFT DISCLOSURE OF ATTORNEYS' FEE EXPERT. | 5.10 | $2,958.00 |
| 9/29/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING DEFENDANTS' AND EHO DEPOSITIONS, EHO CORPORATE REP DEPOSITION, PAYMENT OF SANCTIONS BY DEFENDANTS, AND THIRD-PARTY SUBPOENAS; EMAIL CORRESPONDENCE WITH DEFENDANTS' REGARDING PAYMENT OF SANCTIONS AWARD; REVIEW ADDITIONAL DOCUMENTS FOR SUPPLEMENTAL DOCUMENT PRODUCTION; PREPARE FOR OPALICH DEPOSITION. | 4.90 | $2,842.00 |
| 9/30/2022 09799 LC WOHLFORD | PREPARE SUPPLEMENTAL PRODUCTION OF DOCUMENTS; REVISE AND FINALIZE NOTICE OF THIRD PARTY SUBPOENAS TO KEPLER AND PROFERO AND CONFER WITH MR. LOCKWOOD REGARDING SERVICE OF SAME; PREPARE FOR OPALICH DEPOSITION AND COMPILE EXHIBITS FOR SAME. | 6.70 | $3,886.00 |
| | Subtotal: | 62.60 | $36,308.00 |
| 9/28/2022 10276 KM BURNS | PREPARE SUBPOENA(S) AND NOTICE OF INTENT TO SUBPOENA(S) THIRD | 0.90 | $436.50 |

File # H4091-00001    INVOICE# 2955813
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 9/28/2022 10276 KM BURNS | PARTIES FOR PRODUCTION OF DOCUMENTS AND TO APPEAR AND TESTIFY AT DEPOSITION(S). REVIEW AND ANALYZE FEDERAL RULE 45 OF CIVIL PROCEDURE IN PREPARATION OF SUBPOENA(S) TO THIRD PARTIES FOR PRODUCTION OF DOCUMENTS AND TO APPEAR AND TESTIFY AT DEPOSITION(S). | | 0.80 | $388.00 |
| 9/29/2022 10276 KM BURNS | PROOFREAD AND REVISE PLAINTIFF'S SUBPOENA(S) TO CINDY KEPLER DESIGNS, PROFERO TEAM, AND NOTICE OF INTENT TO SUBPOENA(S) THIRD PARTIES. | | 0.60 | $291.00 |
| | | Subtotal: | 2.30 | $1,115.50 |
| 9/29/2022 10319 SR LOCKWOOD | DRAFT THIRD-PARTY SUBPOENAS, INCLUDING NOTICE OF SUBPOENA | | 2.50 | $1,037.50 |
| | | Subtotal: | 2.50 | $1,037.50 |
| | TOTAL SERVICES | | 68.20 | $39,097.00 |

File # H4091-00001                                    INVOICE# 2955813
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 09/28/2022 | DM RELATIVITY HOSTING FEE SEPTEMBER 2022 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 37.34 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 336.06 |
| | | Total: | $336.06 |
| | | TOTAL DISBURSEMENTS | $336.06 |

File # H4091-00001

INVOICE# 2955813

TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 0.80 | $636.00 |
| 09799 | LC WOHLFORD | 62.60 | $36,308.00 |
| 10276 | KM BURNS | 2.30 | $1,115.50 |
| 10319 | SR LOCKWOOD | 2.50 | $1,037.50 |
| | | 68.20 | $39,097.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

November 17, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line at No Charge!
Avoid the delays and lost mail through the USPS
Eliminate the time and cost of printing and save the postage
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001       INVOICE# 2971329

CURRENT INVOICE                                        $149,198.78
LESS PREVIOUS CREDITS RECEIVED                      -$15,000.00
CURRENT INVOICE NET AMOUNT                         $134,198.78



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

November 17, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2971329

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $142,913.50

| DISBURSEMENTS | | |
|---|---:|---:|
| AIR TRAVEL | $782.20 | |
| COLOR PRINTING & DUPLICATING - INTERNAL | $97.51 | |
| DM RELATIVITY HOSTING FEE | $372.42 | |
| DOCUMENT RETRIEVAL | $6.25 | |
| MEETING EXPENSE | $414.80 | |
| PACER FEDERAL DOCKET COSTS | $4.70 | |
| PRINTING & DUPLICATING | $226.20 | |
| TAXI FARES | $108.98 | |
| TRANSCRIPTS - DEPOSITIONS | $3,483.65 | |
| TRAVEL AWAY FROM HOME | $788.57 | |
| TOTAL DISBURSEMENTS | | $6,285.28 |

|  | | |
|---|---|---:|
| TOTAL FEES AND DISBURSEMENTS | | $149,198.78 |
| LESS PREVIOUS CREDITS RECEIVED | | -$15,000.00 |
| NET AMOUNT | | $134,198.78 |

TOTAL BALANCE DUE                                $134,198.78

File # H4091-00001                                    INVOICE# 2971329
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 10/3/2022 06658 CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: UPCOMING OPALICH DEPOSITION AND ADDITIONAL DISCOVERY RELATED TASKS; PREPARE NOTES RE: SAME; ATTENTION TO RECENTLY FILED AFFIDAVITS OF SERVICE FOR THIRD-PARTY RELATED DISCOVERY. | 0.60 | $477.00 |
| 10/6/2022 06658 CM WEIDEMAN | STRATEGY CONFERENCE CALL WITH L. WOHLFORD RE: RECENT OPALICH DEPOSITION; ADDITIONAL STRATEGY DISCUSSIONS RE: THIRD-PARTY DISCOVERY, PREPARATION OF CLIENT WITNESSES, AND ▮▮▮▮▮▮ PREPARE WORK PRODUCT NOTES RE: SAME; BEGIN RESEARCH RELATED TO APPLICABLE STANDARDS FOR ▮▮▮▮▮▮ | 3.80 | $3,021.00 |
| 10/11/2022 06658 CM WEIDEMAN | CONTINUED ATTENTION TO CASE LAW GOVERNING ▮▮▮▮ PREPARE NOTES RE: SAME; PREPARE STRATEGY CORRESPONDENCE TO L. WOHLFORD RE: SAME; BEGIN SEARCHES IN RELATIVITY AND DISCOVERY MATERIALS IN PREPARATION FOR EHO WITNESS MEETINGS; PREPARE WORK PRODUCT NOTES RE: SAME. | 3.50 | $2,782.50 |
| 10/12/2022 06658 CM WEIDEMAN | ADDITIONAL STRATEGY CONFERENCE CALL WITH L. WOHLFORD RE: T. LANHAM AND J. LOWERY WITNESS PREPARATION TOPICS; CONTINUE SEARCH OF DISCOVERY MATERIALS FOR REFERENCES TO CLIENT WITNESSES IN PREPARATION FOR UPCOMING DEPOSITION TESTIMONY; CONTINUED PREPARATION OF WORK PRODUCT NOTES RE: SAME | 1.80 | $1,431.00 |
| 10/14/2022 06658 CM WEIDEMAN | STRATEGY CONFERENCE WITH L. WOHLFORD RE: UPCOMING DEPOSITIONS; PREPARE WORK PRODUCT NOTES RE: SAME; ADDITIONAL STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: T. RADCLIFF DEPOSITION AND POTENTIAL MOTION FOR PROTECTION; PREPARE NOTES TO STAFF MEMBERS RE: SEARCH PARAMETERS AND COLLECTION OF DEPOSITION PREPARATION | 1.90 | $1,510.50 |

File # H4091-00001             INVOICE# 2971329
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | MATERIALS; RECEIVE AND REVIEW DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER TO DELAY T. RADCLIFF DEPOSITION. | | |
| 10/17/2022 | 06658 | CM WEIDEMAN | ATTENTION TO FILED RESPONSE TO DEFENDANTS' EMERGENCY MOTION; RECEIVE AND REVIEW COURT ORDER DENYING DEFENDANT'S EMERGENCY MOTION FOR PROTECTION; REVIEW PRIOR NOTES RE: UPCOMING DEPOSITIONS; ATTENTION TO ADDITIONAL RADCLIFF DEPOSITION ISSUES. | 1.60 | $1,272.00 |
| 10/18/2022 | 06658 | CM WEIDEMAN | RECEIVE AND ANALYZE INITIAL SEARCH PARAMETERS HITS AND DEPOSITION PREPARATION MATERIALS FOR UPCOMING WITNESSES; ANALYSIS OF DEFENDANTS' COUNTERCLAIMS AND PREPARE WITNESS PREPARATION OUTLINE NOTES RE: SAME; ATTENTION TO PORTIONS OF T. RADCLIFF'S DEPOSITION TESTIMONY; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME; PREPARE ADDITIONAL WORK PRODUCT NOTES RE: T. LANGHAM AND J. LOWERY REFERENCES. | 5.40 | $4,293.00 |
| 10/24/2022 | 06658 | CM WEIDEMAN | CONTINUED ANALYSIS OF PREVIOUS TRANSCRIPTS, DISCOVERY RESPONSES, AND SEARCH TERM HITS IN PREPARATION FOR EHO WITNESS MEETINGS AND DEPOSITIONS. | 1.80 | $1,431.00 |
| 10/25/2022 | 06658 | CM WEIDEMAN | ANALYSIS OF DISCOVERY MATERIALS IN CONTINUED PREPARATION FOR UPCOMING WITNESS MEETINGS; CONTINUED PREPARATION OF WITNESS PREPARATION OUTLINES; CONTINUED ANALYSIS OF DEPOSITION EXHIBITS IN PREPARATION FOR UPCOMING WITNESS MEETINGS; PREPARE WORK PRODUCT NOTES RE: SAME. | 5.50 | $4,372.50 |
| 10/26/2022 | 06658 | CM WEIDEMAN | CONTINUE PREPARATION OF WITNESS TOPIC OUTLINES IN ANTICIPATION OF WITNESS PREP; ATTEND WITNESS PREPARATION MEETINGS FOR T. LANHAM AND J. LOWERY AT DALLAS OFFICES; PREPARE WORK PRODUCT NOTES RE: SAME; CASE STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME. | 9.50 | $7,552.50 |
| 10/27/2022 | 06658 | CM WEIDEMAN | CONTINUE REVIEW OF DOCUMENTS AND NOTES IN PREPARATION OF J. | 7.50 | $5,962.50 |

File # H4091-00001                                    INVOICE# 2971329
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | LOWERY AND T. LANGHAM DEPOSITIONS; CONTINUED PREPARATION FOR AND PRESENTATION OF EHO WITNESSES; STRATEGY DISCUSSIONS WITH TRIAL TEAM RE: SAME. | | |
| | Subtotal: | 42.90 | $34,105.50 |
| 10/14/2022 09798 JR WELTON | PURSUE STRATEGY RE RESPONSE TO EMERGENCY MOTION TO QUASH DEPOSITION OF T. RADCLIFF (.3); DRAFT AND REVISE DECLARATION OF J. WELTON IN OPPOSITION TO EMERGENCY MOTION TO QUASH (1.3). | 1.60 | $1,280.00 |
| | Subtotal: | 1.60 | $1,280.00 |
| 10/1/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR OPALICH DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME. | 3.70 | $2,146.00 |
| 10/2/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR OPALICH DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME. | 2.60 | $1,508.00 |
| 10/3/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR OPALICH DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME; EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING DEFENDANTS' OBJECTION TO MEDIATOR. | 9.40 | $5,452.00 |
| 10/4/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR OPALICH DEPOSITION; TRAVEL TO CLEVELAND FOR OPALICH DEPOSITION; REVIEW DOCUMENTS DESIGNATED BY DEFENDANTS AS "ATTORNEYS' EYES ONLY" AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL RELATED TO EHO'S CHALLENGES TO VARIOUS "ATTORNEYS' EYES ONLY" DESIGNATIONS. | 9.10 | $5,278.00 |
| 10/5/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR OPALICH DEPOSITION; TAKE OPALICH DEPOSITION AND FOLLOW UP CALLS WITH MR. SPRINGSTON AND MS. MCKENNA REGARDING SAME. | 8.50 | $4,930.00 |
| 10/6/2022 09799 LC WOHLFORD | RETURN TRAVEL TO DALLAS FROM CLEVELAND FOR OPALICH DEPOSITION; CALL WITH MR. WEIDAMAN REGARDING POTENTIAL | 4.90 | $2,842.00 |

File # H4091-00001             INVOICE# 2971329
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING DEPOSITION SCHEDULING, DISCOVERY REQUESTS, AND THIRD-PARTY SUBPOENAS. | | |
| 10/7/2022 09799 LC WOHLFORD | CALL WITH DEFENDANTS' COUNSEL REGARDING DEFENDANTS' REQUEST TO POSTPONE RADCLIFF DEPOSITION DUE TO ALLEGED HEALTH ISSUES AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 0.60 | $348.00 |
| 10/10/2022 09799 LC WOHLFORD | REVIEW VARIOUS DEPOSITION NOTICES SERVED BY DEFENDANTS AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; DRAFT EMAIL TO DEFENDANTS' COUNSEL REGARDING DEFENDANTS' REQUEST TO POSTPONE RADCLIFF DEPOSITION AND NEED FOR ADDITIONAL INFORMATION REGARDING SAME; PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME. | 2.90 | $1,682.00 |
| 10/11/2022 09799 LC WOHLFORD | REVIEW NOTICE OF DEPOSITION FOR MS. MCKENNA AND CORRESPONDENCE FROM DEFENDANTS' COUNSEL REGARDING INTENT TO DEPOSE MS. MCKENNA AND CONFER WITH MS. BURNS REGADRING MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF MS. MCKENNA; EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING PROFERO SUBPOENA; CALL WITH MS. MCKENNA REGARDING DEPOSITION PREP AND POTENTIAL DEPOSITION OF TOM LANHAM; CONTINUE PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME; EMAIL CORRESPONDENCE AND CALLS WITH DEFENDANTS' COUNSEL REGARDING DEFENDANTS' SUBSTITUTION OF LOCAL COUNSEL; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING DEFENDANTS' REQUEST TO POSTPONE RADCLIFF DEPOSITION. | 7.50 | $4,350.00 |
| 10/12/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH | 5.70 | $3,306.00 |

File # H4091-00001                                        INVOICE# 2971329
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | PROFERO COUNSEL REGARDING THIRD-PARTY SUBPOENA AND DEPOSITION; CALL WITH MR. LUEDKE REGARDING EHO DEPOSITIONS AND PREPARATION FOR SAME; CONTINUE PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME; REVIEW ADDITIONAL DOCUMENTS FOR PRODUCTION. | | |
| 10/13/2022 | 09799 | LC WOHLFORD | INITIAL DEPOSITION PREP WITH MR. LUEDKE, MR. CURB, MR. LOWERY, MR. TRENT LANHAM, AND MR. SPRINGSTON; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SCHEDULING OF MR. SPRINGSTON'S DEPOSITION AND DESIGNATION OF EHO CORPORATE REPRESENTATIVE. | 2.30 | $1,334.00 |
| 10/14/2022 | 09799 | LC WOHLFORD | REVIEW EMAIL CORRESPONDENCE FROM DEFENDANTS' COUNSEL REGARDING REQUEST TO POSTPONE RADCLIFF DEPOSITION; REVIEW RADCLIFF DECLARATION AND LETTER FROM NEUROPSYCHOLOGISTS AT EMORY UNIVERSITY RELATED TO MS. RADCLIFF'S ALLEGED MEDICAL CONDITION AND ANALYSIS REGARDING WHETHER SAME WOULD BE SUFFICIENT TO POSTPONE RADCLIFF DEPOSITION; DRAFT EMAIL CORRESPONDENCE TO DEFENDANTS' COUNSEL REGARDING REQUEST TO POSTPONE RADCLIFF DEPOSITION AND CALL WITH MS. MCKENNA REGARDING SAME; REVIEW EMERGENCY MOTION TO POSTPONE RADCLIFF DEPOSITION AND CALL WITH MS. MCKENNA REGARDING SAME; CONFER WITH MR. LOCKWOOD REGARDING RESPONSE TO DEFENDANTS' EMERGENCY MOTION TO POSTPONE RADCLIFF DEPOSITION AND CONFER WITH MR. WELTON REGARDING DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO POSTPONE RADCLIFF DEPOSITION; CONTINUE PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME. | 9.40 | $5,452.00 |

File # H4091-00001                                   INVOICE# 2971329
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 10/15/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME. | 4.30 | $2,494.00 |
| 10/16/2022 09799 LC WOHLFORD | CONTINUE PREPARATION FOR RADCLIFF DEPOSITION AND REVIEW DOCUMENTS AND COMPILE EXHIBITS FOR SAME; DRAFT DECLARATION IN SUPPORT OF OPPOSITION TO RADCLIFF EMERGENCY MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITION; COMPLETE APPENDIX IN SUPPORT OF OPPOSITION TO RADCLIFF EMERGENCY MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITION; REVISE, FINALIZE, AND FILE OPPOSITION TO RADCLIFF EMERGENCY MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITION. | 11.20 | $6,496.00 |
| 10/17/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH COURT REPORTER REGARDING RADCLIFF DEPOSITION; PREPARE MR. SPRINGSTON FOR DEPOSITION; REVIEW ORDER DENYING RADCLIFF EMERGENCY MOTION FOR PROTECTIVE ORDER TO POSTPONE DEPOSITION AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; CONTINUE PREPARATION FOR RADCLIFF DEPOSITION. | 7.20 | $4,176.00 |
| 10/18/2022 09799 LC WOHLFORD | TAKE DEPOSITION OF TAMMY RADCLIFF; CONTINUE PREPARING MR. SPRINGSTON FOR DEPOSITION. | 12.50 | $7,250.00 |
| 10/19/2022 09799 LC WOHLFORD | MEET WITH MR. SPRINGSTON PRIOR TO DEPOSITION; DEFEND MR. SPRINGSTON DEPOSITION; CALL WITH MS. MCKENNA FOLLOWING MR. SPRINGSTON'S DEPOSITION. | 7.00 | $4,060.00 |
| 10/20/2022 09799 LC WOHLFORD | EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING ██████████ ████████████████████ ████████ EMAIL CORRESPONDENCE WITH PROFERO ATTORNEY REGARDING DOCUMENT SUBPOENA AND DEPOSITION. | 0.60 | $348.00 |
| 10/21/2022 09799 LC WOHLFORD | DRAFT MEET AND CONFER LETTER TO DEFENDANTS' COUNSEL REGARDING MOTION FOR PROTECTIVE ORDER RELATED TO DEFENDANTS' ATTEMPT TO DEPOSE MS. MCKENNA AND EMAIL | 8.30 | $4,814.00 |

APPX135

File # H4091-00001            INVOICE# 2971329

TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | CORRESPONDENCE AND CALL WITH MS. MCKENNA REGARDING SAME; WORK ON MOTION FOR PROTECTIVE ORDER RELATED TO MS. MCKENNA'S DEPOSITION AND LEGAL RESEARCH RELATED TO SAME; REVIEW AND COMPILE DOCUMENTS FOR DEPOSITION PREPARATION OF MR. LUEDKE FOR EHO CORPORATE REPRESENTATIVE DEPOSITION. | | |
| 10/22/2022 09799 LC WOHLFORD | | DRAFT DECLARATIONS IN SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF EHO'S GENERAL COUNSEL; PREPARE DOCUMENTS FOR APPENDIX IN SUPPORT OF EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF EHO'S GENERAL COUNSEL; REVISE DRAFT EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF EHO'S GENERAL COUNSEL AND LEGAL RESEARCH RELATED TO SAME. | 3.90 | $2,262.00 |
| 10/23/2022 09799 LC WOHLFORD | | CONTINUE WORK ON REVISING AND SUPPLEMENTING EMERGENCY MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF EHO'S GENERAL COUNSEL AND APPENDIX IN SUPPORT OF SAME (4.7); CONTINUE COMPILING DOCUMENTS AND WORKING ON OUTLINE FOR DEPOSITION PREP OF LARRY LUEDKE/EHO CORPORATE REPRESENTATIVE. | 7.90 | $4,582.00 |
| 10/24/2022 09799 LC WOHLFORD | | CONTINUE WORK ON COMPILING DOCUMENTS AND OUTLINE FOR LARRY LUEDKE/EHO CORPORATE REPRESENTATIVE DEPOSITION PREP; REVIEW CORRESPONDENCE FROM DEFENDANTS' COUNSEL REGARDING DEPOSITION OF MS. MCKENNA; CALL WITH PROFERO COUNSEL REGARDING THIRD-PARTY DEPOSITION AND DOCUMENT PRODUCTION; CALL WITH DEFENDANTS' COUNSEL TO CONFER REGARDING MOTION FOR PROTECTIVE ORDER RELATED TO DEPOSITION OF MS. MCKENNA. | 8.40 | $4,872.00 |
| 10/25/2022 09799 LC WOHLFORD | | PREPARE FOR DEPOSITION OF LARRY LUEDKE/EHO CORPORATE REPRESENTATIVE WITH MR. LUEDKE AND MS. MCKENNA. | 9.40 | $5,452.00 |

File # H4091-00001            INVOICE# 2971329
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/26/2022 | 09799 | LC WOHLFORD | DEFEND DEPOSITION OF LARRY LUEDKE/EHO CORPORATE REPRESENTATIVE. | 8.00 | $4,640.00 |
| 10/27/2022 | 09799 | LC WOHLFORD | CALL WITH COUNSEL FOR CINDY KEPLER REGARDING THIRD-PARTY DEPOSITION AND DOCUMENT SUBPOENA; PREPARE BOB CURB FOR DEPOSITION; REVISE MOTION FOR PROTECTIVE ORDER RELATED TO DEPOSITION OF MS. MCKENNA IN LIGHT OF DEFENDANTS' AGREEMENT TO STAY DEPOSITION PENDING COURT'S RESOLUTION OF MOTION FOR PROTECTIVE ORDER. | 6.70 | $3,886.00 |
| 10/28/2022 | 09799 | LC WOHLFORD | DEFEND DEPOSITION OF BOB CURB; REVISE, FINALIZE, AND FILE MOTION FOR PROTECTIVE ORDER RELATED TO DEPOSITION OF MS. MCKENNA AND APPENDIX IN SUPPORT OF SAME; FURTHER EMAIL CORRESPONDENCE WITH COUNSEL FOR CINDY KEPLER REGARDING THIRD-PARTY DEPOSITION AND DOCUMENT SUBPOENA. | 5.40 | $3,132.00 |
| 10/31/2022 | 09799 | LC WOHLFORD | EMAIL WITH COUNSEL FOR CINDY KEPLER REGARDING SCHEDULING DEPOSITION AND KEPLER'S OBJECTIONS TO EHO'S DOCUMENT REQUESTS; COMPILE EXHIBITS AND PREPARE FOR DEPOSITION OF PROFERO; CALLS AND EMAILS WITH PROFERO COUNSEL REGARDING PROFERO DOCUMENT PRODUCTION AND EXHIBITS FOR PROFERO DEPOSITION; REVIEW OPALICH AND RADCLIFF'S OBJECTIONS AND RESPONSES TO SECOND REQUESTS FOR PRODUCTION AND INTERROGATORIES AND COORDINATE DOWNLOAD OF OPALICH AND RADCLIFF'S SUPPLEMENTAL DOCUMENT PRODUCTION; COMPILE EXHIBITS AND PREPARE FOR DEPOSITION OF CINDY KEPLER. | 6.30 | $3,654.00 |
| | | | Subtotal: | 173.70 | $100,746.00 |
| 10/11/2022 | 10276 | KM BURNS | REVIEW AND ANALYZE DOCUMENTS AND CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING NEED TO TAKE DEPOSITION OF DINA MCKENNA | 0.30 | $145.50 |

File # H4091-00001                                    INVOICE# 2971329
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 10/18/2022 | 10276 KM BURNS | PREPARE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER. | 3.40 | $1,649.00 |
| 10/18/2022 | 10276 KM BURNS | CONDUCT LEGAL RESEARCH CONCERNING PROTECTION OF IN-HOUSE COUNSEL FROM DEPOSITION(S) IN PREPARATION OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER. | 2.10 | $1,018.50 |
| | | Subtotal: | 5.80 | $2,813.00 |
| 10/24/2022 | 07996 A NIETO | ASSIST ATTORNEY WITH DEPOSITION PREP OF JEREMY LOWERY AND TRENT LANHAM | 2.00 | $570.00 |
| | | Subtotal: | 2.00 | $570.00 |
| 10/5/2022 | 07915 W WOE | CREATING AND RUNNING PRODUCTION EHO 003 SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND ISOLATE DOCUMENTS FOR PRODUCTION OF EHO 006890 - EHO 011130, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. PREPARING A BISCOM PACKAGE TO DELIVER THE PRODUCTION SET TO OPPOSING COUNSEL. | 2.00 | $660.00 |
| | | Subtotal: | 2.00 | $660.00 |
| 9/30/2022 | 10319 SR LOCKWOOD | WORK THROUGH SUBPOENAS AND ENSURE THAT DOCUMENTS ARE CORRECT AS WELL AS SERVERS ARE IN PLACE | 1.50 | $622.50 |
| 10/15/2022 | 10319 SR LOCKWOOD | RESEARCH AND DRAFT RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER | 4.10 | $1,701.50 |
| 10/16/2022 | 10319 SR LOCKWOOD | RESEARCH, DRAFT, AND SEND RESPONSE TO EMERGENCY MOTION FOR PROTECTIVE ORDER | 1.00 | $415.00 |
| | | Subtotal: | 6.60 | $2,739.00 |
| | | TOTAL SERVICES | 234.60 | $142,913.50 |

File # H4091-00001                                    INVOICE# 2971329
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2022 | TRAVEL AWAY FROM HOME | | 406.83 |
| 10/31/2022 | TRAVEL AWAY FROM HOME | | 381.74 |
| | | Total: | $788.57 |
| 10/31/2022 | MEETING EXPENSE | | 14.00 |
| 10/31/2022 | MEETING EXPENSE | | 400.80 |
| | | Total: | $414.80 |
| 10/19/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION TRANSCRIPTION | | 3,483.65 |
| | | Total: | $3,483.65 |
| 10/31/2022 | PACER FEDERAL DOCKET COSTS | | 4.70 |
| | | Total: | $4.70 |
| 10/26/2022 | TAXI FARES TAXI ON 10/26/22 - COREY M. WEIDEMAN - EHO360 DEPOSITION PREP ON OCTOBER 26, 2022 AND DEPOSITIONS ON OCTOBER 27, 2022. | | 57.47 |
| 10/26/2022 | TAXI FARES TAXI ON 10/26/22 - COREY M. WEIDEMAN - EHO360 DEPOSITION PREP ON OCTOBER 26, 2022 AND DEPOSITIONS ON OCTOBER 27, 2022. | | 23.77 |
| 10/27/2022 | TAXI FARES TAXI ON 10/27/22 - COREY M. WEIDEMAN - EHO360 DEPOSITION PREP ON OCTOBER 26, 2022 AND DEPOSITIONS ON OCTOBER 27, 2022. | | 27.74 |
| | | Total: | $108.98 |
| 09/27/2022 | AIR TRAVEL - L WOHLFORD TRANSPORTATION ON 10/4/2 022 FROM DALLAS/FORT WORTH TO CLEVELAND TKT: 785 7096 | | 782.20 |
| | | Total: | $782.20 |
| 10/31/2022 | COLOR PRINTING & DUPLICATING - INTERNAL | | 97.51 |
| | | Total: | $97.51 |
| 09/29/2022 | DOCUMENT RETRIEVAL NJ GOV - DOCS FOR LOCKWOOD | | 6.25 |
| | | Total: | $6.25 |
| 10/31/2022 | DM RELATIVITY HOSTING FEE OCTOBER 2022 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 41.38 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 372.42 |
| | | Total: | $372.42 |
| 10/31/2022 | PRINTING & DUPLICATING | | 226.20 |
| | | Total: | $226.20 |
| | TOTAL DISBURSEMENTS | | $6,285.28 |

INVOICE# 2971329

TAMMY RADCLIFF/NICHOLAS OPALICH

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 06658 | CM WEIDEMAN | 42.90 | $34,105.50 |
| 09798 | JR WELTON | 1.60 | $1,280.00 |
| 09799 | LC WOHLFORD | 173.70 | $100,746.00 |
| 10276 | KM BURNS | 5.80 | $2,813.00 |
| 07996 | A NIETO | 2.00 | $570.00 |
| 07915 | W WOE | 2.00 | $660.00 |
| 10319 | SR LOCKWOOD | 6.60 | $2,739.00 |
| | | 234.60 | $142,913.50 |

APPX140

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

December 07, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

> You can pay this invoice on-line!
> Avoid the delays and lost mail through the USPS
> Use your bank account for free or your credit card (with a merchant fee)
> Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001      INVOICE# 2978744

CURRENT INVOICE                                          $39,046.46



END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

December 07, 2022

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001        Invoice# 2978744

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2022 IN CONNECTION                                    $24,108.50
WITH THE ABOVE-CAPTIONED MATTER.


DISBURSEMENTS
DM RELATIVITY HOSTING FEE                    $452.16
PROCESS SERVICE FEE                        $1,123.65
PROFESSIONAL FEES                          $3,200.00
TRANSCRIPTS - DEPOSITIONS                 $10,162.15
TOTAL DISBURSEMENTS                                              $14,937.96

BALANCE DUE THIS INVOICE                                         $39,046.46

TOTAL BALANCE DUE                                               $39,046.46

File # H4091-00001                                         INVOICE# 2978744
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/1/2022 | 06658 | CM WEIDEMAN | ANALYSIS OF EHO'S MOTION FOR PROTECTION RE: MCKENNA DEPOSITION; ANALYSIS OF EXHIBITS IN SUPPORT OF SAME; RECEIVE AND REVIEW ORDER REFERRING EHO'S MOTION TO MAGISTRATE; ANALYSIS OF ADDITIONAL ORDER SETTING BRIEFING TIMELINES; ATTENTION TO STRATEGY CORRESPONDENCE WITH L. WOHLFORD RE: UPCOMING DISCOVERY RELATED TASKS AND MOTION PRACTICE; ANALYSIS OF PORTIONS OF DEFENDANTS' TEXT MESSAGES AND SUPPLEMENTAL PRODUCTION. | 1.60 | $1,272.00 |
| 11/16/2022 | 06658 | CM WEIDEMAN | ATTENTION TO DEFENDANTS' RESPONSE TO EHO'S MOTION FOR PROTECTIVE ORDER; PREPARE NOTES RE: POTENTIAL REPLY ARGUMENTS IN REPLY TO SAME; CONTINUED REVIEW OF PORTIONS OF DEFENDANTS' DOCUMENT PRODUCTION; PREPARE WORK PRODUCT NOTES RE: DOCUMENT ORGANIZATION AND TAGGING | 1.30 | $1,033.50 |
| 11/18/2022 | 06658 | CM WEIDEMAN | STRATEGY CALL WITH L. WOHLFORD RE: CASE STATUS AND POTENTIAL POST-MEDIATION TASKS; ADDITIONAL STRATEGY DISCUSSIONS RE: DEFENDANTS RESPONSE AND PROPOSED REPLY ARGUMENTS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER; PREPARE WORK PRODUCT NOTES RE: SAME; PREPARE POTENTIAL TASK LIST MOVING FORWARD. | 1.20 | $954.00 |
| 11/22/2022 | 06658 | CM WEIDEMAN | ATTENTION TO FINAL FILED REPLY IN SUPPORT OF MOTION FOR PROTECTION; DISCUSSIONS WITH TRIAL TEAM RE: SAME. | 0.50 | $397.50 |
| 11/29/2022 | 06658 | CM WEIDEMAN | ANALYSIS OF CASE ACTION ITEM NOTES AND PREVIOUS CORRESPONDENCE WITH L. WOHLFORD RE: SAME; RECEIVE AND ANALYZE ORDER RE: SHOW CAUSE; RECEIVE AND REVIEW MAGISTRATE JUDGE'S RULING ON EHO'S MOTION FOR PROTECTIVE ORDER; PREPARE WORK PRODUCT NOTES RE: SAME; ATTENTION TO CORRESPONDENCE WITH L. WOHLFORD RE: SAME; ATTENTION TO CORRESPONDENCE WITH TRIAL TEAM RE: STATUS OF RESPONSE TO SHOW | 0.90 | $715.50 |

File # H4091-00001                                 INVOICE# 2978744
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| | | CAUSE ORDER. | | |
| | | Subtotal: | 5.50 | $4,372.50 |
| 11/1/2022 09799 LC WOHLFORD | | TAKE THIRD-PARTY DEPOSITION OF PROFERO AND CALL WITH MS. MCKENNA REGARDING SAME; INITIAL TARGETED REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION; DRAFT OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND AND THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS AND REVIEW CLIENT'S COLLECTED DOCUMENTS IN CONNECTION WITH SAME. | 4.30 | $2,494.00 |
| 11/2/2022 09799 LC WOHLFORD | | REVIEW EHO AGREEMENT WITH CINDY KEPLER DESIGNS AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND KEPLER'S COUNSEL REGARDING KEPLER'S REQUEST FOR INDEMNIFICATION FROM EHO RELATED TO HER DEPOSITION; FINALIZE EXHIBITS FOR KEPLER DEPOSITION AND EMAIL CORRESPONDENCE WITH COURT REPORTER AND KEPLER'S COUNSEL REGARDING SAME. | 0.90 | $522.00 |
| 11/3/2022 09799 LC WOHLFORD | | TAKE THIRD-PARTY DEPOSITION OF CINDY KEPLER DESIGNS AND CALL WITH MS. MCKENNA AND MR. LUEDKE REGARDING SAME; WORK ON SECOND AMENDED AND SUPPLEMENTAL DISCLOSURES AND SUPPLEMENTAL LEGAL RESEARCH REGARDING ▆▆▆▆▆▆▆▆ | 4.90 | $2,842.00 |
| 11/4/2022 09799 LC WOHLFORD | | CALLS WITH MS. MCKENNA AND MR. LUEDKE REGARDING ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ NITIAL REVIEW OF TEXT MESSAGES PRODUCED BY DEFENDANTS. | 1.70 | $986.00 |
| 11/8/2022 09799 LC WOHLFORD | | CONTINUE TARGETED REVIEW OF DEFENDANTS' SUPPLEMENTAL PRODUCTION OF DOCUMENTS AND TEXT MESSAGES. | 1.10 | $638.00 |
| 11/14/2022 09799 LC WOHLFORD | | CONTINUE TARGETED REVIEW OF | 2.20 | $1,276.00 |

File # H4091-00001                 INVOICE# 2978744
      TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE  ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION; COLLECT NON-AEO TEXT MESSAGES PRODUCED BY DEFENDANTS AND EMAIL MS. MCKENNA REGARDING SAME AND MEDIATION. | | |
| 11/15/2022 09799 LC WOHLFORD | CALL WITH MS. MCKENNA REGARDING ██████████ | 1.40 | $812.00 |
| | REVIEW DEFENDANTS' RESPONSE TO MOTION FOR PROTECTIVE ORDER TO PREVENT MS. MCKENNA'S DEPOSITION AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME; EMAIL CORRESPONDENCE WITH MEDIATOR REGARDING SCHEDULING OF PRE-MEDIATION CALL. | | |
| 11/18/2022 09799 LC WOHLFORD | WORK ON REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF MS. MCKENNA. | 1.40 | $812.00 |
| 11/21/2022 09799 LC WOHLFORD | CONTINUE WORK ON REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO PREVENT DEPOSITION OF MS. MCKENNA AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 3.20 | $1,856.00 |
| 11/22/2022 09799 LC WOHLFORD | REVISE, FINALIZE, AND FILE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO PREVENT MS. MCKENNA'S DEPOSITION; REVIEW EMAIL CORRESPONDENCE FROM CINDY KEPLER'S ATTORNEY REGARDING DEMAND FOR INDEMNIFICATION. | 0.90 | $522.00 |
| 11/29/2022 09799 LC WOHLFORD | WORK ON CONFIDENTIAL MEDIATION STATEMENT; REVIEW ORDER GRANTING MOTION FOR PROTECTIVE ORDER RELATED TO DEPOSITION OF MS. MCKENNA AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 3.10 | $1,798.00 |
| 11/30/2022 09799 LC WOHLFORD | CONTINUE WORK ON CONFIDENTIAL MEDIATION STATEMENT; EMAIL CORRESPONDENCE WITH KEPLER'S ATTORNEY REGARDING KEPLER'S DEMAND FOR INDEMNIFICATION FROM EHO RELATED TO COSTS OF COMPLYING WITH THIRD-PARTY SUBPOENA. | 5.40 | $3,132.00 |
| | Subtotal: | 30.50 | $17,690.00 |

File # H4091-00001                 INVOICE# 2978744
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2022 | 07915 | W WOE | PREPARE NATIVE FILE PROCESSING, TEXT AND METADATA EXTRACTION, OCR, TIFF OF CLIENT DATA (PROFERO PRODUCTION) AND LOADING THEM INTO RELATIVITY DATABASE FOR DOCUMENT REVIEW. | 0.70 | $231.00 |
| 11/3/2022 | 07915 | W WOE | IMPORTING THE "OPPOSING COUNSEL PRODUCTIONS - OPALICH VOL002 AND RADCLIFF VOL002". GENERATING THE OCR TEXT FOR THOSE PRODUCTION VOLUMES FOR SEARCHING PURPOSES AND ALSO UPDATING THE INDEXING. | 2.50 | $825.00 |
| 11/8/2022 | 07915 | W WOE | PREPARE NATIVE FILE PROCESSING, TEXT AND METADATA EXTRACTION, OCR, TIFF OF CLIENT DATA (DOCS FOR PRE-PRODUCTION) AND LOADING THEM INTO RELATIVITY DATABASE FOR DOCUMENT REVIEW. | 0.50 | $165.00 |
| 11/9/2022 | 07915 | W WOE | CREATING AND RUNNING PRODUCTION EHO 004 SET AND IMAGING THE DOCS. RUN SEARCHES, IMAGING DOCS, EXCLUDE PRIVILEGE TAGS, CHECKING THE REDACTION DOCS AND ISOLATE DOCUMENTS FOR PRODUCTION OF EHO 011131 - EHO 014364, CONFIRM PRODUCTION FORMAT REQUIREMENTS WITH LEGAL TEAM. PREPARING A BISCOM PACKAGE TO DELIVER THE PRODUCTION SET TO OPPOSING COUNSEL. | 1.50 | $495.00 |
| 11/15/2022 | 07915 | W WOE | IMPORTING THE "OPPOSING COUNSEL PRODUCTIONS - OPALICH VOL003 AND RADCLIFF VOL003". GENERATING THE OCR TEXT FOR THOSE PRODUCTION VOLUMES FOR SEARCHING PURPOSES AND ALSO UPDATING THE INDEXING. | 1.00 | $330.00 |
| | | | Subtotal: | 6.20 | $2,046.00 |

                           TOTAL SERVICES         42.20     $24,108.50

File # H4091-00001                                          INVOICE# 2978744
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 11/07/2022 | TRANSCRIPTS - DEPOSITIONS COURT REPORTER | 2,505.50 |
| 11/09/2022 | TRANSCRIPTS - DEPOSITIONS VIDEOTAPED DEPOSITION | 2,690.00 |
| 11/09/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION TRANSCRIPT | 487.00 |
| 11/11/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION TRANSCRIPT - ROBERT CURB | 753.55 |
| 11/14/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION TRANSCRIPT - LARRY LUEDKE | 1,776.60 |
| 11/14/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION TRANSCRIPTS - JEREMY LOWERY AND TRENT LANHAM | 1,506.00 |
| 11/16/2022 | TRANSCRIPTS - DEPOSITIONS SWEENEY DEPOSITION TRANSCRIPT | 443.50 |
| | Total: | $10,162.15 |
| | | |
| 11/16/2022 | PROCESS SERVICE FEE PROCESS SERVING - CINDY KEPLER DESIGNS, LLC ATTEMPTED | 329.00 |
| 11/16/2022 | PROCESS SERVICE FEE PROCESS SERVING - CINDY KEPLER DESIGNS, LLC ATTEMPTED | 209.50 |
| 11/16/2022 | PROCESS SERVICE FEE PROCESS SERVING - PROFERO TEAM, LLC HAS BEEN SUCCESSFULLY SERVED | 313.15 |
| 11/16/2022 | PROCESS SERVICE FEE PROCESS SERVING - CINDY KEPLER DESIGN LLC HAS BEEN SUCCESSFULLY SERVED | 272.00 |
| | Total: | $1,123.65 |
| | | |
| 11/10/2022 | PROFESSIONAL FEES MEDIATION FEE | 3,200.00 |
| | Total: | $3,200.00 |
| | | |
| 11/30/2022 | DM RELATIVITY HOSTING FEE NOVEMBER 2022 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 50.24 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | 452.16 |
| | Total: | $452.16 |
| | TOTAL DISBURSEMENTS | $14,937.96 |

File # H4091-00001                                    INVOICE# 2978744
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 5.50 | $4,372.50 |
| 09799 | LC WOHLFORD | 30.50 | $17,690.00 |
| 07915 | W WOE | 6.20 | $2,046.00 |
| | | 42.20 | $24,108.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

January 17, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line!
Avoid the delays and lost mail through the USPS
Use your bank account for free or your credit card (with a merchant fee)
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001     INVOICE# 2993142

CURRENT INVOICE                                    $12,773.77



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 17, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 2993142

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $9,570.50

DISBURSEMENTS
DM RELATIVITY HOSTING FEE              $280.17
MESSENGER SERVICE                      $268.20
TRANSCRIPTS - DEPOSITIONS            $2,654.90
TOTAL DISBURSEMENTS                                  $3,203.27

BALANCE DUE THIS INVOICE                            $12,773.77

TOTAL BALANCE DUE                                   $12,773.77

File # H4091-00001            INVOICE# 2993142
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/2/2022 | 06658 | CM WEIDEMAN | EXCHANGE STRATEGY CORRESPONDENCE WITH L. WOHLFORD RE: MEDIATION DEVELOPMENTS AND CASE STRATEGY MOVING FORWARD; ANALYSIS OF UPCOMING TRIAL DATE AND DEADLINES; PREPARE STRATEGY NOTES RE: SAME; ATTENTION TO PRIOR WORK PRODUCT NOTES RE: TRIAL PREPARATION TASKS AND DIVISION | 2.20 | $1,749.00 |
| 12/28/2022 | 06658 | CM WEIDEMAN | CONFERENCE CALL WITH L. WOHLFORD RE: DEFENDANTS' REQUEST TO SEAL; ATTENTION TO EMAIL CORRESPONDENCE RE: SAME; EXCHANGE CORRESPONDENCE WITH OPPOSING COUNSEL DENYING DEFENDANTS' MEET AND CONFER AND REQUEST TO DE-DESIGNATE EHO MATERIALS | 0.50 | $397.50 |
| | | | Subtotal: | 2.70 | $2,146.50 |
| 12/1/2022 | 09799 | LC WOHLFORD | PRE-MEDIATION CALL WITH MEDIATOR, JOHN DEGROOTE; COMPILE KEY DOCUMENTS AND PREPARE FOR MEDIATION. | 1.90 | $1,102.00 |
| 12/2/2022 | 09799 | LC WOHLFORD | ATTEND MEDIATION WITH MESSRS. LUEDKE AND SPRINGSTON AND MS. MCKENNA. | 6.30 | $3,654.00 |
| 12/21/2022 | 09799 | LC WOHLFORD | BEGIN WORK ON PROPOSED JURY INSTRUCTIONS. | 1.90 | $1,102.00 |
| 12/30/2022 | 09799 | LC WOHLFORD | REVIEW OPALICH AND RADCLIFF MOTION FOR SUMMARY JUDGMENT AND BEGIN WORK ON RESPONSE TO SAME. | 2.70 | $1,566.00 |
| | | | Subtotal: | 12.80 | $7,424.00 |
| | | | TOTAL SERVICES | 15.50 | $9,570.50 |

File # H4091-00001                                          INVOICE# 2993142
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/28/2022 | TRANSCRIPTS - DEPOSITIONS VIDEO OF OPALICH DEPOSITION | | 2,140.00 |
| 12/28/2022 | TRANSCRIPTS - DEPOSITIONS DEPOSITION OF BRYAN SPRINGSTON | | 514.90 |
| | | Total: | $2,654.90 |
| 12/31/2022 | MESSENGER SERVICE | | 268.20 |
| | | Total: | $268.20 |
| 12/30/2022 | DM RELATIVITY HOSTING FEE JANUARY 2023 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 31.13 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 280.17 |
| | | Total: | $280.17 |
| | TOTAL DISBURSEMENTS | | $3,203.27 |

File # H4091-00001 INVOICE# 2993142
TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 2.70 | $2,146.50 |
| 09799 | LC WOHLFORD | 12.80 | $7,424.00 |
| | | 15.50 | $9,570.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

February 14, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line!
Avoid the delays and lost mail through the USPS
Use your bank account for free or your credit card (with a merchant fee)
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001    INVOICE# 3003413

CURRENT INVOICE                                    $83,735.86



AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 14, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 3003413

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                              $83,268.00

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| DM RELATIVITY HOSTING FEE | $452.16 | |
| PACER FEDERAL DOCKET COSTS | $15.70 | |
| TOTAL DISBURSEMENTS | | $467.86 |

BALANCE DUE THIS INVOICE                                      $83,735.86

TOTAL BALANCE DUE                                            $83,735.86

File # H4091-00001                                    INVOICE# 3003413
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/10/2023 | 06658 | CM WEIDEMAN | BEGIN REVIEW AND ANALYSIS OF DEFENDANTS' MSJ AND APPENDIX IN SUPPORT THEREOF; PREPARE WORK PRODUCT NOTES RE: SAME | 3.40 | $2,907.00 |
| 1/12/2023 | 06658 | CM WEIDEMAN | CONTINUED ANALYSIS OF DEFENDANTS' MSJ; PREPARE WORK PRODUCT NOTES RE: SAME; PREPARE NOTES RE: POTENTIAL RESPONSE RELATED ITEMS; STRATEGY CALL WITH L. WOHLFORD RE: EHO'S MSJ OPPOSITION AND UPCOMING TRIAL PREPARATION TASKS | 4.40 | $3,762.00 |
| 1/13/2023 | 06658 | CM WEIDEMAN | ATTENTION TO COURT RELATED PRETRIAL DEADLINES AND FILING REQUIREMENTS; PREPARE NOTES RE: SAME; STRATEGY DISCUSSIONS WITH HOUSTON TRIAL STAFF RE: PREPARATION OF INITIAL PRETRIAL FILING DISCLOSURES; RECEIVE, REVIEW, AND REVISE SAME; RESEARCH LAW REGARDING MOTIONS TO SEAL; PREPARE WORK PRODUCT NOTES RE: SAME. | 3.20 | $2,736.00 |
| 1/17/2023 | 06658 | CM WEIDEMAN | CONTINUED ATTENTION TO MOTION TO SEAL AND RESPONSE TO SUMMARY JUDGMENT RELATED TASKS; PREPARATION OF CONTINUED INSTRUCTIONS TO HOUSTON STAFF RE: PREPARATION OF INITIAL PRETRIAL FILING MATERIALS; CORRESPONDENCE WITH L. WOHLFORD RE: SAME. | 2.30 | $1,966.50 |
| 1/18/2023 | 06658 | CM WEIDEMAN | CONTINUED ATTENTION TO SUMMARY JUDGMENT RESPONSE, APPENDIX, AND MOTION TO SEAL RELATED REVISIONS AND TASKS | 5.10 | $4,360.50 |
| 1/19/2023 | 06658 | CM WEIDEMAN | CONTINUED ANALYSIS OF RESPONSE BRIEF AND APPENDIX IN SUPPORT THEREOF; CONTINUE PREPARATION OF REVISIONS AND EDITS TO SAME; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME; FINALIZE REVISIONS AND EDITS TO MOTION TO SEAL AND PROPOSED ORDER FOR FILING | 4.10 | $3,505.50 |
| 1/20/2023 | 06658 | CM WEIDEMAN | REVIEW AND ANALYZE MATERIALS CONCERNING SUBPOENA ENFORCEMENT ON OUT OF STATE PARTY WITNESSES; PREPARE WORK PRODUCT NOTES RE: SAME; REVIEW FILED MSJ RESPONSE AND ATTACHED MATERIALS; PREPARE NOTES RE: | 4.90 | $4,189.50 |

File # H4091-00001                                        INVOICE# 3003413
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE   ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| 1/23/2023 06658 CM WEIDEMAN | EXHIBITS FOR INCLUSION ON INITIAL DRAFT EXHIBIT LIST REVIEW AND ANALYZE COURT ORDER GRANTING MOTION TO SEAL; ANALYSIS OF INITIAL DRAFT OF CERTAIN PRETRIAL FILING DOCUMENTS; PREPARE NOTES RE: REVISIONS AND EDITS TO SAME; REVIEW PORTIONS OF RELATIVITY DATABASE FOR DEFENDANTS' LATEST SUPPLEMENTAL PRODUCTION; PREPARE WORK PRODUCT NOTES RE: POTENTIAL PROTECTIVE ORDER DESIGNATION CHALLENGES TO OPPOSING COUNSEL | 3.10 | $2,650.50 |
| 1/30/2023 06658 CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: EXHIBIT AND WITNESS LISTS; ATTENTION TO ADDITIONAL STRATEGY DISCUSSIONS WITH HOUSTON STAFF RE: REVISIONS AND EDITS TO SAME | 1.10 | $940.50 |
| | Subtotal: | 31.60 | $27,018.00 |
| 1/2/2023 09799 LC WOHLFORD | WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION TO COMPILE EVIDENCE FOR SAME. | 7.90 | $4,937.50 |
| 1/3/2023 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW OF DEFENDANTS' SUPPLEMENTAL PRODUCTION OF DOCUMENTS TO COMPILE EVIDENCE FOR SAME. | 3.10 | $1,937.50 |
| 1/5/2023 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. | 3.10 | $1,937.50 |
| 1/6/2023 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. | 4.80 | $3,000.00 |
| 1/9/2023 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW DOCUMENTS AND COMPILE EVIDENCE IN SUPPORT OF SAME. | 6.90 | $4,312.50 |
| 1/10/2023 09799 LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW DOCUMENTS AND COMPILE EVIDENCE IN SUPPORT | 4.70 | $2,937.50 |

File # H4091-00001                    INVOICE# 3003413
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | OF SAME. | | |
| 1/11/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW DOCUMENTS AND COMPILE EVIDENCE IN SUPPORT OF SAME. | 7.30 | $4,562.50 |
| 1/12/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REVIEW DOCUMENTS AND COMPILE EVIDENCE IN SUPPORT OF SAME. | 6.40 | $4,000.00 |
| 1/13/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND LEGAL RESEARCH REGARDING SAME. | 5.60 | $3,500.00 |
| 1/15/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND LEGAL RESEARCH RELATED TO SAME. | 5.30 | $3,312.50 |
| 1/16/2023 | 09799 | LC WOHLFORD | COMPLETE INITIAL DRAFT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ADDITIONAL LEGAL RESEARCH RELATED TO SAME. | 8.80 | $5,500.00 |
| 1/17/2023 | 09799 | LC WOHLFORD | PREPARE APPENDIX IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; REVISE INITIAL DRAFT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. | 6.20 | $3,875.00 |
| 1/18/2023 | 09799 | LC WOHLFORD | DRAFT WOHLFORD DECLARATION IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DRAFT LUEDKE DECLARATION IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CALL AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MR. LUEDKE REGARDING SAME; FINALIZE APPENDIX IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ADD RECORD CITATIONS TO RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FINALIZE RESPONSE; DRAFT PROPOSED ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. | 8.50 | $5,312.50 |
| 1/19/2023 | 09799 | LC WOHLFORD | REDACT PORTIONS OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY | 4.00 | $2,500.00 |

File # H4091-00001            INVOICE# 3003413
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | JUDGMENT THAT QUOTE OR REFERENCE "CONFIDENTIAL" OR "ATTORNEYS' EYES ONLY" MATERIAL; REVIEW REDACTED APPENDIX IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND COMPLETE REDACTIONS TO SAME; FINALIZE MOTION TO SEAL RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND APPENDIX IN SUPPORT OF SAME; FINALIZE AND FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. | | |
| 1/27/2023 | 09799 | LC WOHLFORD | REVIEW DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHETHER TO INCLUDE ADDITIONAL DOCUMENTS ON INITIAL TRIAL EXHIBIT LIST. | 1.90 | $1,187.50 |
| 1/30/2023 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHETHER TO INCLUDE ADDITIONAL DOCUMENTS ON INITIAL TRIAL EXHIBIT LIST. | 2.60 | $1,625.00 |
| 1/31/2023 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHETHER TO INCLUDE ADDITIONAL DOCUMENTS ON INITIAL TRIAL EXHIBIT LIST. | 2.90 | $1,812.50 |
| | | | Subtotal: | 90.00 | $56,250.00 |
| | | | TOTAL SERVICES | 121.60 | $83,268.00 |

File # H4091-00001                                    INVOICE# 3003413
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 01/31/2023 | PACER FEDERAL DOCKET COSTS | | 15.70 |
| | | Total: | $15.70 |
| 01/30/2023 | DM RELATIVITY HOSTING FEE JANUARY 2023 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 50.24 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 452.16 |
| | | Total: | $452.16 |
| | | TOTAL DISBURSEMENTS | $467.86 |

File # H4091-00001                                        INVOICE# 3003413
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 31.60 | $27,018.00 |
| 09799 | LC WOHLFORD | 90.00 | $56,250.00 |
| | | 121.60 | $83,268.00 |

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

March 09, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line!
Avoid the delays and lost mail through the USPS
Use your bank account for free or your credit card (with a merchant fee)
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001       INVOICE# 3011629

CURRENT INVOICE                                    $37,074.66

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 2/14/23 | 3003413 | $83,735.86 | $0.00 | $83,735.86 |
| | | | | $83,735.86 |

TOTAL BALANCE DUE                                  $120,810.52



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196          PHONE: 215 979 1000   FAX: 215 979 1020

APPX162

Duane Morris
March 09, 2023

File # H4091-00001                                                      INVOICE# 3011629

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

March 09, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 3011629          ████████

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $36,622.50

DISBURSEMENTS
DM RELATIVITY HOSTING FEE                       $452.16
TOTAL DISBURSEMENTS                                              $452.16

BALANCE DUE THIS INVOICE                                        $37,074.66

PREVIOUS BALANCE                                               $83,735.86

TOTAL BALANCE DUE                                             $120,810.52

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 2/14/23 | 3003413 | $83,735.86 | $0.00 | $83,735.86 |
| | | | | $83,735.86 |

DUANE MORRIS LLP

APPX164

File # H4091-00001                                    INVOICE# 3011629
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 2/2/2023 | 06658 | CM WEIDEMAN | ATTENTION TO INSTRUCTIONS RE: POPULATION OF INITIAL EXHIBIT LIST; ANALYSIS OF DEFENDANTS' REPLY ISO ITS SUMMARY JUDGMENT; PREPARE WORK PRODUCT NOTES RE: SAME; STRATEGY DISCUSSIONS RE: SAME. | 1.60 | $1,368.00 |
| 2/13/2023 | 06658 | CM WEIDEMAN | REVIEW AND ANALYZE PORTIONS OF DEFENDANTS' PRETRIAL DISCLOSURE FILINGS; PREPARE WORK PRODUCT NOTES RE: SAME; REVIEW PORTIONS OF DEFENDANTS' DEPOSITION DESIGNATIONS; REVIEW PORTIONS OF DEFENDANTS' EXHIBIT LISTS; PREPARE NOTES RE: SAME. | 2.60 | $2,223.00 |
| | | | Subtotal: | 4.20 | $3,591.00 |
| 2/1/2023 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHETHER TO INCLUDE DOCUMENTS ON INITIAL TRIAL EXHIBIT LIST. | 4.10 | $2,562.50 |
| 2/2/2023 | 09799 | LC WOHLFORD | CONTINUE REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHETHER TO INCLUDE DOCUMENTS ON INITIAL TRIAL EXHIBIT LIST; REVIEW DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EMAIL CORRESPONDENCE WITH MS. MCKENNA REGARDING SAME. | 5.90 | $3,687.50 |
| 2/3/2023 | 09799 | LC WOHLFORD | COMPLETE REVIEW OF DEFENDANTS' SUPPLEMENTAL DOCUMENT PRODUCTION FOR PURPOSES OF DETERMINING WHICH DOCUMENTS TO INCLUDE IN INITIAL TRIAL EXHIBIT LIST AND BEGIN WORK ON RULE 26(A)(3) DISCLOSURES, INCLUDING INITIAL TRIAL WITNESS AND EXHIBIT LIST. | 5.80 | $3,625.00 |
| 2/6/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RULE 26(A)(3) PRETRIAL DISCLOSURES, INCLUDING INITIAL TRIAL EXHIBIT AND WITNESS LISTS. | 4.70 | $2,937.50 |
| 2/7/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON RULE 26(A)(3) PRETRIAL DISCLOSURES, INCLUDING INITIAL TRIAL EXHIBIT AND WITNESS LISTS. | 2.60 | $1,625.00 |
| 2/10/2023 | 09799 | LC WOHLFORD | FINALIZE, FILE, AND SERVE RULE | 2.80 | $1,750.00 |

File # H4091-00001                                            INVOICE# 3011629
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|------|------|------|------|
| 2/23/2023 09799 LC WOHLFORD | 26(A)(3) PRETRIAL DISCLOSURES; INITIAL REVIEW OF DEFENDANTS' RULE 26(A)(3) PRETRIAL DISCLOSURES. REVIEW DEFENDANTS' PRETRIAL DISCLOSURES AND DESIGNATED EXHIBITS TO DETERMINE WHETHER TO LODGE ANY OBJECTIONS TO SAME; WORK ON PROPOSED JURY INSTRUCTIONS. | | 3.60 | $2,250.00 |
| 2/24/2023 09799 LC WOHLFORD | CONTINUE WORK ON PROPOSED JURY INSTRUCTIONS AND LEGAL RESEARCH AND ANALYSIS RELATED TO SAME, INCLUDING REVIEW OF JUDGE BOYLE JURY INSTRUCTIONS IN SIMILAR CASES. | | 7.20 | $4,500.00 |
| 2/27/2023 09799 LC WOHLFORD | COMPLETE INITIAL DRAFT OF PROPOSED JURY INSTRUCTIONS; BEGIN WORK ON JOINT PRETRIAL ORDER. | | 5.90 | $3,687.50 |
| 2/28/2023 09799 LC WOHLFORD | CONTINUE WORK ON JOINT PRETRIAL ORDER. | | 4.70 | $2,937.50 |
| | | Subtotal: | 47.30 | $29,562.50 |
| 2/9/2023 10319 SR LOCKWOOD | REVIEW, MARK-UP AND DISCUSS MSJ/RESPONSE/REPLY W/ L. WOHLFORD | | 3.00 | $1,395.00 |
| | | Subtotal: | 3.00 | $1,395.00 |
| 2/1/2023 07996 A NIETO | DRAFTING EXHIBIT LIST | | 3.00 | $915.00 |
| 2/2/2023 07996 A NIETO | DRAFT OF EXHIBIT LIST | | 3.80 | $1,159.00 |
| | | Subtotal: | 6.80 | $2,074.00 |
| | TOTAL SERVICES | | 61.30 | $36,622.50 |

File # H4091-00001 INVOICE# 3011629
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 02/28/2023 | DM RELATIVITY HOSTING FEE FEBRUARY 2023 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 50.24 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 452.16 |
| | | Total: | $452.16 |
| | | TOTAL DISBURSEMENTS | $452.16 |

File # H4091-00001                                        INVOICE# 3011629
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 4.20 | $3,591.00 |
| 09799 | LC WOHLFORD | 47.30 | $29,562.50 |
| 10319 | SR LOCKWOOD | 3.00 | $1,395.00 |
| 07996 | A NIETO | 6.80 | $2,074.00 |
| | | 61.30 | $36,622.50 |

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
**DUANE MORRIS LLP**
**ATTN: PAYMENT PROCESSING**
**PO BOX 787166**
**PHILADELPHIA, PA 19178-7166**

April 12, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

You can pay this invoice on-line!
Avoid the delays and lost mail through the USPS
Use your bank account for free or your credit card (with a merchant fee)
Visit our website (https://www.e-billexpress.com/ebpp/duanemorrisa/)

TAMMY RADCLIFF/NICHOLAS OPALICH

FILE# H4091-00001      INVOICE# 3023866

CURRENT INVOICE                                              $211,893.44

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 3/9/23 | 3011629 | $37,074.66 | $0.00 | $37,074.66 |
|  |  |  |  | $37,074.66 |

TOTAL BALANCE DUE                                           $248,968.10



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

Duane Morris
April 12, 2023

File # H4091-00001 INVOICE# 3023866

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

April 12, 2023

EHO360, LLC F/K/A SPCGT LTD.
C/O DINA MCKENNA
400 E CENTRAL AVE
BELTON, TX 76513

TAMMY RADCLIFF/NICHOLAS OPALICH

File# H4091-00001          Invoice# 3023866

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $198,059.00

DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL          $0.49
DM RELATIVITY HOSTING FEE                       $452.16
LEXIS LEGAL RESEARCH                          $1,054.40
MEETING EXPENSE                                 $170.91
PACER FEDERAL DOCKET COSTS                       $30.80
PRINTING & DUPLICATING                          $151.35
PRINTING & DUPLICATING - EXTERNAL            $11,934.33
TRAVEL - LOCAL                                   $40.00
TOTAL DISBURSEMENTS                                                 $13,834.44

BALANCE DUE THIS INVOICE                                           $211,893.44

PREVIOUS BALANCE                                                    $37,074.66

TOTAL BALANCE DUE                                                  $248,968.10

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 3/9/23 | 3011629 | $37,074.66 | $0.00 | $37,074.66 |
| | | | | $37,074.66 |

File # H4091-00001                                    INVOICE# 3023866
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 3/14/2023 | 06658 | CM WEIDEMAN | REVIEW DEFENDANTS' PROPOSED MOTION TO WITHDRAW; ANALYSIS OF PORTIONS OF THE PARTIES' PRETRIAL FILINGS; PREPARE NOTES RE: SAME | 0.70 | $598.50 |
| 3/16/2023 | 06658 | CM WEIDEMAN | STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: UPCOMING HEARING AND CURRENT TRIAL SETTING; PREPARE NOTES RE: SAME; ATTENTION TO UPDATE CORRESPONDENCE FROM L. WOHLFORD RE: SAME. | 0.50 | $427.50 |
| 3/17/2023 | 06658 | CM WEIDEMAN | ATTENTION TO COURT ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; STRATEGY DISCUSSIONS WITH L. WOHLFORD RE: SAME. | 0.60 | $513.00 |
| 3/20/2023 | 06658 | CM WEIDEMAN | ANALYSIS OF RESPONSES TO FILED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; STRATEGY DISCUSSIONS WITH L. WOHFOLD REGARDING UPCOMING BENCH TRIAL AND ADDITIONAL MATTERS MOVING FORWARD | 0.40 | $342.00 |
| | | | Subtotal: | 2.20 | $1,881.00 |
| 3/26/2023 | 09798 | JR WELTON | PREPARE FOR AND CONDUCT WITNESS PREPARATION (5.0) | 5.00 | $4,300.00 |
| 3/29/2023 | 09798 | JR WELTON | PREPARE FOR TRIAL, AND PURSUE STRATEGY RE FINDINGS OF FACT AND ATTORNEYS FEES | 4.00 | $3,440.00 |
| | | | Subtotal: | 9.00 | $7,740.00 |
| 3/2/2023 | 09799 | LC WOHLFORD | FINALIZE JURY INSTRUCTIONS AND JOINT PRETRIAL ORDER; BEGIN WORK ON TRIAL ORDER OF PROOF AND TRIAL WITNESS EXAMINATIONS. | 3.30 | $2,062.50 |
| 3/3/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON TRIAL ORDER OF PROOF AND TRIAL WITNESS EXAMINATIONS. | 1.20 | $750.00 |
| 3/6/2023 | 09799 | LC WOHLFORD | COMPLETE ORDER OF PROOF FOR TRIAL AND CONTINUE WORK ON TRIAL WITNESS EXAMINATIONS. | 1.10 | $687.50 |
| 3/7/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON TRIAL WITNESS EXAMINATIONS; WORK ON FINALIZING TRIAL EXHIBITS; EMAIL CORRESPONDENCE WITH MR. LUEDKE AND MS. MCKENNA REGARDING SETTLEMENT CONFERENCE AND TRIAL LOGISTICS. | 3.40 | $2,125.00 |
| 3/8/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON TRIAL WITNESS | 1.30 | $812.50 |

File # H4091-00001                                        INVOICE# 3023866
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | EXAMINATIONS AND FINALIZING TRIAL EXHIBITS. | | |
| 3/9/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON TRIAL WITNESS EXAMINATIONS AND FINALIZING TRIAL EXHIBITS; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SETTLEMENT CONFERENCE AND OPALICH'S INTENT TO ENFORCE JURY TRIAL WAIVER IN SEVERANCE AGREEMENT; LEGAL RESEARCH AND ANALYSIS REGARDING OPALICH'S POTENTIAL WAIVER OF RIGHT TO ENFORCE JURY TRIAL WAIVER AND TRIAL PROCEDURE WHEN ONE DEFENDANT HAS ENFORCEABLE JURY TRIAL WAIVER AND ANOTHER DEFENDANT DOES NOT, AND EMAIL CORRESPONDENCE AND CALL WITH MS. MCKENNA REGARDING SAME. | 6.40 | $4,000.00 |
| 3/10/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON FINALIZING TRIAL EXHIBITS; REVIEW DEFENDANTS' COMMENTS TO JOINT PRETRIAL ORDER AND MAKE ADDITIONAL REVISIONS TO SAME; CALL WITH MR. LUEDKE REGARDING SETTLEMENT CONFERENCE AND TRIAL PREP. | 7.70 | $4,812.50 |
| 3/11/2023 | 09799 | LC WOHLFORD | CALL WITH ███████ ███████████████████ ████████ FINALIZE PROPOSED JURY INSTRUCTIONS. | 3.50 | $2,187.50 |
| 3/12/2023 | 09799 | LC WOHLFORD | REVISE AND FINALIZE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO CLAIMS AGAINST OPALICH; DRAFT PROPOSED VOIR DIRE QUESTIONS; EMAIL DEFENDANTS' COUNSEL REGARDING ADDITIONAL REVISIONS TO JOINT PRETRIAL ORDER; CONTINUE WORK ON FINALIZING TRIAL EXHIBITS. | 9.70 | $6,062.50 |
| 3/13/2023 | 09799 | LC WOHLFORD | ████████████████████ ███████████ PARTICIPATE IN MANDATORY SETTLEMENT CONFERENCE AND FOLLOW UP CALL WITH MR. LUEDKE REGARDING SAME; FINALIZE VOIR DIRE QUESTIONS, PROPOSED FINDINGS AND CONCLUSIONS REGARDING CLAIMS AGAINST MR. OPALICH, AND JURY | 8.90 | $5,562.50 |

APPX173

File # H4091-00001                                          INVOICE# 3023866
     TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | INSTRUCTIONS; CALL WITH DEFENDANT'S COUNSEL REGARDING FORTHCOMING MOTION TO WITHDRAW AS COUNSEL FOR MS. RADCLIFF; REVIEW DEFENDANTS' PRETRIAL FILINGS. | | |
| 3/14/2023 | 09799 | LC WOHLFORD | CALL WITH MR. WHITING REGARDING POTENTIAL SETTLEMENT WITH MS. RADCLIFF AND EMAIL CORRESPONDENCE REGARDING SAME (.3); CALL AND EMAIL CORRESPONDENCE WITH MS. MCKENNA AND MR. LUEDKE REGARDING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR MS. RADCLIFF; FINALIZE COMPILING TRIAL EXHIBITS AND DRAFT EXHIBIT LIST. | 9.50 | $5,937.50 |
| 3/15/2023 | 09799 | LC WOHLFORD | REVIEW SPRINGSTON DEPOSITION AND WORK ON SPRINGSTON TRIAL DIRECT EXAMINATION; CONFER WITH MR. LOCKWOOD REGARDING CHALLENGES TO DEFENDANTS' CONFIDENTIALITY AND ATTORNEYS' EYES ONLY DESIGNATIONS AND RESPONSE TO OPALICH PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW; PREPARE DEPOSITION DESIGNATIONS FOR CINDY KEPLER DESIGNS (KEPLER) AND PROFERO TEAM (SWEENEY). | 6.90 | $4,312.50 |
| 3/16/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON SPRINGSTON TRIAL DIRECT EXAMINATION; REVIEW RESPONSE TO MOTION TO WITHDRAW AS MS. RADCLIFF'S COUNSEL AND CALL WITH MR. LUEDKE AND MS. MCKENNA REGARDING SAME; REVISE AND FINALIZE RESPONSE TO OPALICH PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 6.10 | $3,812.50 |
| 3/17/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON SPRINGSTON TRIAL DIRECT EXAMINATION; ATTEND HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR RADCLIFF; REVIEW COURT'S OPINION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; WORK ON OPALICH CROSS EXAMINATION. | 8.90 | $5,562.50 |
| 3/18/2023 | 09799 | LC WOHLFORD | WORK ON CURB TRIAL DIRECT EXAMINATION; WORK ON OPALICH TRIAL CROSS EXAMINATION. | 7.40 | $4,625.00 |
| 3/19/2023 | 09799 | LC WOHLFORD | SUPPLEMENT FINAL TRIAL EXHIBITS; CONTINUE WORK ON OPALICH TRIAL | 12.40 | $7,750.00 |

File # H4091-00001                                    INVOICE# 3023866
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| | | | CROSS EXAMINATION; EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSLE REGARDING JOINT SETTLEMENT CONFERENCE REPORT AND PRE-ADMISSION OF EXHIBITS; WORK ON TRIAL WITNESS LIST. | | |
| 3/20/2023 | 09799 | LC WOHLFORD | FINALIZE JOINT SETTLEMENT CONFERENCE REPORT AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME; CONTINUE WORK ON OPALICH TRIAL CROSS EXAMINATION; DRAFT JOINT STATEMENT REGARDING ADMISSIBILITY OF EXHIBITS AND EMAIL CORRESPONDENCE WITH DEFENDANTS' COUNSEL REGARDING SAME AND OBJECTIONS TO VARIOUS EXHIBITS OFFERED BY EHO; FINALIZE PLAINTIFF'S WITNESS LIST; REVIEW OPALICH RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. | 10.80 | $6,750.00 |
| 3/21/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON OPALICH TRIAL CROSS EXAMINATION; FINALIZE AND FILE PLAINTIFF'S WITNESS LIST, EXHIBIT LIST, DEPOSITION DESIGNATIONS, AND JOINT STATEMENT REGARDING ADMISSIBILITY OF EXHIBITS. | 10.40 | $6,500.00 |
| 3/22/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON OPALICH TRIAL CROSS EXAMINATION; PREPARE FOR PRETRIAL CONFERENCE. | 9.70 | $6,062.50 |
| 3/23/2023 | 09799 | LC WOHLFORD | ATTEND PRETRIAL CONFERENCE; CONTINUE WORK ON OPALICH TRIAL CROSS EXAMINATION; WORK ON CURB AND LUEDKE TRIAL DIRECT EXAMINATIONS; BEGIN WORK ON OPENING STATEMENT. | 9.00 | $5,625.00 |
| 3/24/2023 | 09799 | LC WOHLFORD | CONTINUE WORK ON CURB AND LUEDKE TRIAL DIRECT EXAMINATIONS; PREPARE LIKELY CROSS-EXAMINATION TOPICS FOR EHO WITNESSES; WITNESS PREP WITH MR. LUEDKE; CONTINUE WORK ON OPENING STATEMENT. | 11.70 | $7,312.50 |
| 3/25/2023 | 09799 | LC WOHLFORD | WITNESS PREP WITH MR. SPRINGSTON AND MR. CURB; CONTINUE WORK ON OPENING STATEMENT. | 12.70 | $7,937.50 |
| 3/26/2023 | 09799 | LC WOHLFORD | WITNESS PREP WITH MR. LUEDKE, MR. SPRINGSTON, AND MR. CURB; FINALIZE AND PRACTICE OPENING STATEMENT. | 14.60 | $9,125.00 |

File # H4091-00001                                   INVOICE# 3023866
    TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 3/27/2023 | 09799 | LC WOHLFORD | ATTEND TRIAL; WITNESS PREP WITH MR. LUEDKE; PREPARE FOR ADDITIONAL CROSS EXAMINATION OF OPALICH. | 13.00 | $8,125.00 |
| 3/28/2023 | 09799 | LC WOHLFORD | ATTEND TRIAL; ADDITIONAL WITNESS PREP WITH MR. LUEDKE; PREPARE FOR ADDITIONAL CROSS-EXAMINATION OF OPALICH; WORK ON CLOSING ARGUMENT POWER POINT AND ARGUMENT. | 14.00 | $8,750.00 |
| 3/29/2023 | 09799 | LC WOHLFORD | ATTEND TRIAL. | 7.30 | $4,562.50 |
| 3/31/2023 | 09799 | LC WOHLFORD | ATTEND COURT'S READING OF FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR OPALICH BENCH TRIAL. | 0.80 | $500.00 |
| | | | Subtotal: | 211.70 | $132,312.50 |
| 3/10/2023 | 10319 | SR LOCKWOOD | PROVIDE SUGGESTIONS TO JOINT PRETRIAL ORDER, CONTINUE RESEARCH RE: BREACH OF FIDUCIARY DUTY AND EQUITABLE REMEDIES, PROVIDE RECOMMENDATIONS REGARDING THE SAME | 3.10 | $1,441.50 |
| 3/10/2023 | 10319 | SR LOCKWOOD | BEGIN COMPILING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, DRAWING FROM PREVIOUS PLEADINGS AND ANALYZING FOR POTENTIAL GAPS IN LAW OR LOGIC | 3.60 | $1,674.00 |
| 3/11/2023 | 10319 | SR LOCKWOOD | COMPLETE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND SEND TO L. WOHLFORD FOR REVIEW | 4.00 | $1,860.00 |
| 3/11/2023 | 10319 | SR LOCKWOOD | VISIT WITH L. WOHLFORD RE: BREACH OF FIDUCIARY DUTY EQUITABLE REMEDIES, EFFECT OF BENCH AND JURY TRIAL | 0.60 | $279.00 |
| 3/13/2023 | 10319 | SR LOCKWOOD | ATTEND VIRTUAL SETTLEMENT CONFERENCE AND DEBRIEF WITH CLIENT FOLLOWING THE SAME | 0.50 | $232.50 |
| 3/14/2023 | 10319 | SR LOCKWOOD | REVIEW EVIDENCE REGARDING TIMELINE OF EVENTS LEADING TO SUIT | 1.80 | $837.00 |
| 3/15/2023 | 10319 | SR LOCKWOOD | BEGIN WORK ON RESPONSES TO THE DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 3.60 | $1,674.00 |
| 3/15/2023 | 10319 | SR LOCKWOOD | REVIEW NEW PLEADINGS, RESEARCH WITHDRAW ON EVE OF TRIAL, CONTEMPLATE POTENTIAL ISSUES ON CONTINUANCE OR SEVERANCE | 1.50 | $697.50 |
| 3/16/2023 | 10319 | SR LOCKWOOD | DRAFT, EDIT, AND REVISE RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, DRAWING FROM PRIOR PLEADINGS | 5.60 | $2,604.00 |

File # H4091-00001                                                    INVOICE# 3023866
   TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | AND DEVELOPMENTS IN THE CASE, CONSULT WITH L. WOHLFORD ON THE SAME | | |
| 3/17/2023 | 10319 | SR LOCKWOOD | ATTEND MOTION TO WITHDRAW HEARING | 1.70 | $790.50 |
| 3/17/2023 | 10319 | SR LOCKWOOD | COMPILE LIST OF "CONFIDENTIAL" AND "AEO" DOCUMENTS TO CHALLENGE PRIOR TO AFTERNOON'S HEARING, REVIEWING DOCUMENTS FOR MERITS OF THE SAME | 4.00 | $1,860.00 |
| 3/17/2023 | 10319 | SR LOCKWOOD | INCORPORATE L. WOHLFORD'S EDITS INTO THE RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF FACT | 0.60 | $279.00 |
| 3/17/2023 | 10319 | SR LOCKWOOD | REVIEW OF T. RADCLIFF DEPOSITION FOR DESIGNATIONS TO BE SUBMITTED TO THE COURT | 2.40 | $1,116.00 |
| 3/19/2023 | 10319 | SR LOCKWOOD | REVIEW T. RADCLIFF DEPOSITION FOR POTENTIAL POINTS TO DESIGNATE FOR TRIAL IN THE EVENT MS. RADCLIFF DOES NOT APPEAR, | 5.20 | $2,418.00 |
| 3/20/2023 | 10319 | SR LOCKWOOD | REVIEW DEFENDANT'S EXHIBIT LIST, ENSURING THE EXHIBITS COUNSEL PLANS TO OFFER WERE LISTED ON THE PRETRIAL DISCLOSURES | 1.30 | $604.50 |
| 3/20/2023 | 10319 | SR LOCKWOOD | PREPARE JOINT STATEMENT ON THE ADMISSIBILITY OF EXHIBITS FOR TRIAL AND PRETRIAL CONFERENCE | 1.60 | $744.00 |
| 3/20/2023 | 10319 | SR LOCKWOOD | REVIEW NEW FILINGS, INCLUDING THE DEFENDANT'S RESPONSE TO THE CLIENT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW | 1.50 | $697.50 |
| 3/20/2023 | 10319 | SR LOCKWOOD | READ N. OPALICH DEPOSITION FOR DESIGNATIONS TO BE SUBMITTED ON TUESDAY | 3.00 | $1,395.00 |
| 3/21/2023 | 10319 | SR LOCKWOOD | FINALIZE DEPOSITION DESIGNATIONS FOR N. OPALICH IN THE EVENT HE DOES NOT ATTEND TRIAL, DELIVER TO L. WOHLFORD | 3.00 | $1,395.00 |
| 3/21/2023 | 10319 | SR LOCKWOOD | REVIEW MSJ ORDER AND HIGHLIGHT ISSUES FOR TRIAL | 2.00 | $930.00 |
| 3/22/2023 | 10319 | SR LOCKWOOD | ORGANIZE BINDERS, EXHIBIT LISTS, AND CROSS REFERENCE THE SAME RE: POTENTIAL EXHIBITS ON CROSS; DISCUSS TRIAL STRATEGY, EVIDENTIARY CONCERNS, AND PLAN FOR PRETRIAL CONFERENCE | 3.20 | $1,488.00 |
| 3/23/2023 | 10319 | SR LOCKWOOD | ATTEND PRETRIAL CONFERENCE WITH L. WOHLFORD | 1.50 | $697.50 |
| 3/23/2023 | 10319 | SR LOCKWOOD | PREPARE OPENING STATEMENT POWERPOINT | 2.00 | $930.00 |
| 3/23/2023 | 10319 | SR LOCKWOOD | REVIEW CROSS DOCUMENT PROVIDED | 1.20 | $558.00 |

File # H4091-00001                                        INVOICE# 3023866
TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | BY L. WOHLFORD, COORDINATE WITH JUDICIAL ASSISTANT RE: DELIVERY OF EXHIBITS TO COURTROOM | | |
| 3/24/2023 | 10319 | SR LOCKWOOD | PREPARE FOR TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 6.00 | $2,790.00 |
| 3/25/2023 | 10319 | SR LOCKWOOD | PREPARE FOR TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 6.50 | $3,022.50 |
| 3/26/2023 | 10319 | SR LOCKWOOD | PREPARE FOR TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 8.00 | $3,720.00 |
| 3/27/2023 | 10319 | SR LOCKWOOD | ATTEND TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 12.00 | $5,580.00 |
| 3/28/2023 | 10319 | SR LOCKWOOD | ATTEND TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 12.00 | $5,580.00 |
| 3/29/2023 | 10319 | SR LOCKWOOD | ATTEND TRIAL, RUN THROUGH EXHIBITS, ORGANIZE FILES, ASSIST L. WOHLFORD | 8.50 | $3,952.50 |
| 3/30/2023 | 10319 | SR LOCKWOOD | RESEARCH OHIO COLLECTION LAW, FRCP 54, AND OTHER ISSUES THAT AROSE AT TRIAL | 4.00 | $1,860.00 |
| 3/31/2023 | 10319 | SR LOCKWOOD | ATTEND FINDS OF FACT HEARING, PULL TOGETHER RESEARCH, ASSIST L. WOHLFORD | 5.20 | $2,418.00 |
| | | | Subtotal: | 120.70 | $56,125.50 |
| | | | TOTAL SERVICES | 343.60 | $198,059.00 |

File # H4091-00001                                   INVOICE# 3023866
  TAMMY RADCLIFF/NICHOLAS OPALICH

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 03/31/2023 | PRINTING & DUPLICATING - EXTERNAL | | 7,826.68 |
| 03/31/2023 | PRINTING & DUPLICATING - EXTERNAL | | 4,107.65 |
| | | Total: | $11,934.33 |
| | | | |
| 03/31/2023 | TRAVEL - LOCAL | | 40.00 |
| | | Total: | $40.00 |
| | | | |
| 03/31/2023 | MEETING EXPENSE | | 170.91 |
| | | Total: | $170.91 |
| | | | |
| 03/06/2023 | LEXIS LEGAL RESEARCH LOCKWOOD, SPENCER | | 890.40 |
| 03/09/2023 | LEXIS LEGAL RESEARCH LOCKWOOD, SPENCER | | 79.20 |
| 03/09/2023 | LEXIS LEGAL RESEARCH LOCKWOOD, SPENCER | | 84.80 |
| | | Total: | $1,054.40 |
| | | | |
| 03/31/2023 | PACER FEDERAL DOCKET COSTS | | 30.80 |
| | | Total: | $30.80 |
| | | | |
| 03/31/2023 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.49 |
| | | Total: | $0.49 |
| | | | |
| 03/31/2023 | DM RELATIVITY HOSTING FEE MARCH 2023 DUANE MORRIS RELATIVITY MONTHLY DATA HOSTING FEE FOR 50.24 GB WORKSPACE: H4091_00001_RADCLIFF_OPALICH | | 452.16 |
| | | Total: | $452.16 |
| | | | |
| 03/31/2023 | PRINTING & DUPLICATING | | 151.35 |
| | | Total: | $151.35 |
| | | | |
| | | TOTAL DISBURSEMENTS | $13,834.44 |

APPX179

File # H4091-00001 INVOICE# 3023866
    TAMMY RADCLIFF/NICHOLAS OPALICH

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 06658 | CM WEIDEMAN | 2.20 | $1,881.00 |
| 09798 | JR WELTON | 9.00 | $7,740.00 |
| 09799 | LC WOHLFORD | 211.70 | $132,312.50 |
| 10319 | SR LOCKWOOD | 120.70 | $56,125.50 |
| | | 343.60 | $198,059.00 |

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EHO360, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 3:21-cv-00724-B <br> ) |
| NICHOLAS OPALICH, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF RANDY D. GORDON

1.     My name is Randy D. Gordon.  I am over twenty-one (21) years of age, of sound mind, and capable of making this Declaration.  Unless otherwise indicated, the facts stated in this Declaration are within my personal knowledge.  I declare under penalty of perjury that the following statements are true and correct.

2.     I am the Managing Partner of the Dallas and Fort Worth offices of Duane Morris, LLP.  I have been licensed to practice law in the State of Texas since 1996, and have been a member in good standing with the State Bar of Texas since that time.  Prior to becoming the Managing Partner of Duane Morris' Dallas and Fort Worth offices, I was a partner in the Dallas office of Gardere Wynne Sewell LLP (now Foley & Lardner LLP), a Founding Shareholder and Managing Director of the Dallas office of Crowe & Dunlevy, P.C., and a partner in the Dallas office of Barnes & Thornburg LLP.  Throughout my career, my practice has focused on antitrust litigation, RICO litigation, and complex commercial litigation.

3.      In addition to my law practice, I am an Executive Professor of Law at the Texas A&M University School of Law in Fort Worth, Texas.

4.      In preparing this Declaration, I have reviewed Plaintiff EHO360, LLC's ("EHO") Motion for Attorneys' Fees and Costs and Supporting Brief, the Declaration of Lucas C. Wohlford in support of EHO's Motion for Attorneys' Fees and Costs, and the 2021 Wolters Kluwer Real Rate Report®. In addition, I have reviewed the Court's Findings of Fact and Conclusions of Law regarding EHO's claims against Defendant Nicholas Opalich, and, as the Managing Partner of Duane Morris' Dallas office, I have been generally aware of this lawsuit and the claims asserted against Opalich since this lawsuit was filed in March 2021.

5.      Based on my review of the foregoing materials, I understand that EHO is requesting a fee award in the amount of $814,631.50 based on 1,443.1 hours of work multiple Duane Morris attorneys performed for EHO in this action over the course of two years, after excluding fees billed for work Duane Morris attorneys performed defending against counterclaims and fees EHO has already recovered as a discovery sanction awarded by the Court in connection with a Motion to Compel. Based on my experience and understanding of the claims in this case, it is my opinion that the amount of attorneys' fees requested by EHO is usual and customary in Dallas, Texas for breach of contract claims of the type EHO asserted against Opalich in this action.

6.      Based on my review of the foregoing materials and my experience, it is also my opinion that the rates charged by Duane Morris attorneys in this action are consistent with, and in some cases less than, the prevailing rates in Dallas, Texas for attorneys of similar skill and experience. I am aware of attorneys of similar skill and experience at Dallas, Texas offices of other national firms who charge rates higher than those charged by Duane Morris attorneys in this action. Further, the 2021 Wolters Kluwer Real Rate Report® reflects that, in 2021, rates for

partners in Dallas, Texas handling commercial matters ranged from $444-$1,004 per hour, with a mean of $759 per hour, and that rates for associates in Dallas, Texas handling commercial matters ranged from $372-$715 per hour, with a mean of $558 per hour. The work performed by Duane Morris attorneys in this matter are within these ranges. Finally, based on my experience and knowledge of the Dallas, Texas legal market, it is my opinion that the average hourly rate of $581.53 charged by EHO's lead trial counsel, Lucas C. Wohlford, is below the prevailing rates charged in Dallas, Texas by attorneys of similar skill and experience.

7.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on April 18, 2023.

Randy D. Gordon